**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC | § § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:12-cv-499** |
| Defendants. | § § § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § § | |
| **TRISTAR INVESTORS, INC.,** | § § | |
| Counter-Defendant. | § § | |

**JOINT NOTICE OF AGREEMENT TO EXTEND SCHEDULING ORDER DEADLINES**

Pursuant to Paragraph 14 of the Scheduling Order (Doc. 30), the parties hereby give notice to the Court that they have agreed to extend the deadlines in Paragraphs 5, 6, 7, and 9 of the Scheduling Order as follows:

| DESCRIPTION | NEW DEADLINE | OLD DEADLINE | PARA. |
|---|---|---|---|
| Fact discovery deadline | April 30, 2013 | March 5, 2013 | 9 |
| Initial expert designation deadline | June 5, 2013 | April 5, 2013 | 5 |
| Initial expert deposition deadline | July 3, 2013 | May 2, 2013 | 5 |
| Responsive expert designation deadline | July 3, 2013 | May 2, 2013 | 6 |
| Expert discovery deadline | September 2, 2013 | July 1, 2013 | 9 |
| Expert objections (Daubert) deadline | September 16, 2013 | July 29, 2013 | 7 |

Respectfully submitted,

/s/ *Matthew R. Stammel*  
William D. Sims, Jr.  
  Texas Bar No. 18429500  
Matthew R. Stammel  
  Texas Bar No. 24010419  
John D. Taurman  
  Texas Bar No. 19680400  
Kyle D. Young  
  Texas Bar No. 24070899  
Tyler J. Bexley  
  Texas Bar No. 24073923  
VINSON & ELKINS L.L.P.  
2001 Ross Avenue, Suite 3700  
Dallas, Texas 75201  
Tel: 214.220.7700  
Fax: 214.220.7716  
bsims@velaw.com  
mstammel@velaw.com  
jtaurman@velaw.com  
kyoung@velaw.com  
tbexley@velaw.com  

Harry M. Reasoner  
  Texas Bar No. 16642000  
Stacey Neumann Vu  
  Texas Bar No. 24047047  
VINSON & ELKINS L.L.P.  
1001 Fannin Street, Suite 2500  
Houston, Texas 77002  
Tel: 713.758.2222  
Fax: 713.758.2346  
hreasoner@velaw.com  
svu@velaw.com  

*Attorneys for Plaintiff TriStar Investors, Inc.*

/s/ *David M. Rownd*  
Jon G. Shepherd  
  Texas State Bar No. 00788402  
Courtney L. Sauer  
  Texas State Bar No. 24066206  
ALSTON & BIRD, LLP  
2828 N. Harwood Street, Suite 1800  
Dallas, Texas 75201  
Tel: 214.922.3400  
Fax: 214.922.3899  
jon.shepherd@alston.com  
courtney.sauer@alston.com  

David M. Rownd  
  Illinois State Bar No. 6207951  
THOMPSON COBURN, LLP  
55 East Monroe Street, 37th Floor  
Chicago, Illinois 60603  
Tel: 312.344.7500  
Fax: 312.580.2201  
drownd@thompsoncoburn.com  

Michael L. Nepple  
  Missouri State Bar No. 42082  
THOMPSON COBURN, LLP  
One US Bank Plaza  
St. Louis, MO 63101  
Telephone: (314) 552-6149  
Facsimile: (314) 552-7000  
mnepple@thompsoncoburn.com  
*Admitted Pro Hac Vice*

*Attorneys for Defendants/Counter-Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

/s/ *Kyle D. Young*