IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-499 |
| Defendants. | § § § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § § | |
| TRISTAR INVESTORS, INC., | § § § | |
| Counter-Defendant. | § § § | |

**JOINT NOTICE OF SECOND AGREEMENT TO EXTEND SCHEDULING ORDER DEADLINES**

Pursuant to Paragraph 14 of the Scheduling Order (Doc. 30), the parties hereby give notice to the Court that they have agreed to further extend the deadlines in Paragraphs 5, 6, 7, and 9 of the Scheduling Order as follows:

| DESCRIPTION | NEW DEADLINE | OLD DEADLINE | PARA. |
| --- | --- | --- | --- |
| Fact discovery deadline | May 21, 2013 | April 30, 2013 | 9 |
| Initial expert designation deadline | June 26, 2013 | June 5, 2013 | 5 |
| Initial expert deposition deadline | July 31, 2013 | July 3, 2013 | 5 |
| Responsive expert designation deadline | July 31, 2013 | July 3, 2013 | 6 |

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew R. Stammel* | /s/ *David M. Rownd* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | *Attorneys for Defendants/Counter-Plaintiffs.* |

*Attorneys for Plaintiff TriStar Investors, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

                                        /s/ *Michael Nepple*