UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-499 |
| Defendants. | § § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § | |
| TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON, | § § § § § § | |
| Counter-Defendants. | § § § | |

## ORDER

The Court, upon consideration of Defendants' Unopposed Motion for Extension of Time From Agreed Order Date, hereby extends the date for completion of American Tower's document production from January 31, 2013, as contained in the agreed Order of January 7, 2013 (ECF# 76), to February 22, 2013. American Tower shall produce documents on a "rolling basis" as soon as practicable to do so, with production complete no later than February 22, 2013. In addition, the Court **ORDERS** American Tower to produce the remaining emails from Hirsch, Kearns, Myers, and Maniaci by February 6, 2013, and from Berry, Crocker, Paul, and Johnson by February 13, 2013.

**SO ORDERED** on this 1st day of February, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

- 3 -

**AGREED**:

| | |
|---|---|
| /s/ *Matthew R. Stammel* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Michael L. Nepple |
|   Texas Bar No. 18429500 |   Missouri State Bar No. 42082 |
| Matthew R. Stammel | THOMPSON COBURN, LLP |
|   Texas Bar No. 24010419 | One US Bank Plaza |
| John D. Taurman | St. Louis, MO 63101 |
|   Texas Bar No. 19680400 | Telephone: (314) 552-6149 |
| Kyle D. Young | Facsimile: (314) 552-7000 |
|   Texas Bar No. 24070899 | mnepple@thompsoncoburn.com |
| Tyler J. Bexley | *Admitted Pro Hac Vice* |
|   Texas Bar No. 24073923 | |
| VINSON & ELKINS L.L.P. | Jon G. Shepherd |
| 2001 Ross Avenue, Suite 3700 |   Texas State Bar No. 00788402 |
| Dallas, Texas 75201 | Courtney L. Sauer |
| Tel: 214.220.7700 |   Texas State Bar No. 24066206 |
| Fax: 214.220.7716 | ALSTON & BIRD, LLP |
| bsims@velaw.com | 2828 N. Harwood Street, Suite 1800 |
| mstammel@velaw.com | Dallas, Texas 75201 |
| jtaurman@velaw.com | Tel: 214.922.3400 |
| kyoung@velaw.com | Fax: 214.922.3899 |
| tbexley@velaw.com | jon.shepherd@alston.com |
| | courtney.sauer@alston.com |
| Harry M. Reasoner | |
|   Texas Bar No. 16642000 | David M. Rownd |
| Stacey Neumann Vu |   Illinois State Bar No. 6207951 |
|   Texas Bar No. 24047047 | THOMPSON COBURN, LLP |
| VINSON & ELKINS L.L.P. | 55 East Monroe Street, 37th Floor |
| 1001 Fannin Street, Suite 2500 | Chicago, Illinois 60603 |
| Houston, Texas 77002 | Tel: 312.344.7500 |
| Tel: 713.758.2222 | Fax: 312.580.2201 |
| Fax: 713.758.2346 | drownd@thompsoncoburn.com |
| hreasoner@velaw.com | |
| svu@velaw.com | |
| | |
| *Attorneys for Plaintiff TriStar Investors, Inc.* | *Attorneys for Defendants/Counter-Plaintiffs* |