**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **AMERICAN TOWER CORPORATION,** § | |
| **AMERICAN TOWERS LLC, AMERICAN** § | |
| **TOWERS INC., AMERICAN TOWER** § | |
| **GUARANTOR SUB, LLC, AMERICAN** § | |
| **TOWER HOLDING SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB II, LLC, AMERICAN** § | |
| **TOWER MANAGEMENT, LLC,** § | |
| **AMERICAN TOWER L.P., SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § **CIVIL ACTION NO. 3:12-CV-499-M** | |
| **AMERICAN TOWER, LLC,** § | |
| § | |
| Defendants. § | |
| ——————————————— § | |
| § | |
| **AMERICAN TOWER, LLC, SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWERS, LLC,** § | |
| § | |
| Counter-Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| Counter-Defendant. § | |

**NOTICE OF APPEARANCE OF MELISSA L. MONTGOMERY FOR PLAINTIFF**

Notice is hereby given that Melissa L. Montgomery enters her appearance in the above-referenced proceedings as counsel for Plaintiff TriStar Investors, Inc. Ms. Montgomery is

admitted to the Bar of the Northern District of Texas.  Pursuant to the Federal Rules of Civil Procedure, please serve the undersigned with all notices and documents filed in this matter.

Respectfully submitted,

VINSON & ELKINS L.L.P.

 /s/ *Melissa L. Montgomery*
William D. Sims, Jr.
  Texas Bar No. 18429500
John D. Taurman
  Texas Bar No. 19680400
Matthew R. Stammel
  Texas Bar No. 24010419
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
Melissa L. Montgomery
  Texas Bar No. 24074746
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
jtaurman@velaw.com
mstammel@velaw.com
kyoung@velaw.com
tbexley@velaw.com
mmontgomery@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 1, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

                /s/ *Melissa L. Montgomery*

US 1757456v.1