**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., *Plaintiff* | § § § § | |
| v. | § | Case No. 3:12-CV-499 |
| | § § | |
| AMERICAN TOWER CORP., ET AL. *Defendant* | § § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Thompson Coburn LLP _____, with offices at

One US Bank Plaza
(Street Address)

St. Louis                                    MO                    63101
(City)                                       (State)               (Zip Code)

314-552-6049
(Telephone No.)

**II.** Applicant will sign all filings with the name _____Edwin G. Harvey_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

eharvey@thompsoncoburn.com
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

> American Tower Corporation; American Towers LLC; American Towers Inc.; American Tower Guarantor Sub, LLC.; American Tower Holding Sub, LLC; American Tower Asset Sub, LLC; American Tower Asset Sub II, LLC; American Tower Management, LLC; American Tower L.P.; SpectraSite Communications, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Missouri_____, where Applicant regularly practices law.

Bar license number: ____30565____ Admission date: ____September 1982____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|

Please see the attached list

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Jon G. Shepherd_____ who has offices at

2828 North Harwood Street, 18th Floor_____
(Street Address)

Dallas_____     TX_____     75201-2139_____
(City)                              (State)          (Zip Code)

214-922-3400_____ .
(Telephone No.)

XI. Check the appropriate box below.

    For Application in a **Civil Case**

        [X] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

        [ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the _1st_ day of _February 18_____, _2013_.

                                            Edwin G. Harvey_____
                                            Printed Name of Applicant

                                            _/s/ Edwin G. Harvey_____
                                            Signature

V.   Applicant has also been admitted to practice before the following courts:

Admission Summary
of
Edwin G. Harvey

| Court | Admission Date | Active or Inactive |
|---|---|---|
| Missouri | September 1982 | Active |
| Illinois | June 1983 | Active |
| Illinois USDC, Central District | May 2007 | Active |
| Illinois USDC, Southern District | March 1986 | Active |
| Missouri USDC, Eastern District | January 1985 | Active |
| Missouri USDC, Western District | March 2004 | Active |
| US Court of Appeals, 1st Circuit | December 2004 | Active |
| US Court of Appeals, 7th Circuit | December 2004 | Active |
| US Court of Appeals, 8th Circuit | December 1983 | Active |
| US Court of Appeals, 9th Circuit | December 2000 | Active |
| US Court of Appeals, Federal Circuit | January 1998 | Active |
| US Court of Federal Claims | December 1997 | Active |
| US Supreme Court | June 1990 | Active |
|  |  |  |

*The Supreme Court of Missouri*



*Certificate of Admission as an
Attorney at Law*

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/18/1982,

*Edwin G. Harvey*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 15th day of January 2013.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

TRISTAR INVESTORS, INC.　§
　　　　　　　　　　　　　　§
　　　　*Plaintiff*　　　　　§
　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　§
　　　v.　　　　　　　　　　§　Case No. _____3:12-CV-499_____
　　　　　　　　　　　　　　§
AMERICAN TOWER CORP., ET AL. §
　　　　　　　　　　　　　　§
　　　　*Defendant*　　　　　§

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

_____Edwin G. Harvey_____.

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____　　_____
DATE　　　　　　　　　　　　　　　　PRESIDING JUDGE