UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

     FEB - 5 2013

CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

TRISTAR INVESTORS, INC.

_____
          *Plaintiff*

          v.

AMERICAN TOWER CORP., ET AL.

_____
          *Defendant*

§
§
§
§
§
§
§
§
§
§

Case No. _____ 3:12-CV-499 _____

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

_____ Edwin G. Harvey _____.

It is ORDERED that:

☑  the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐  the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____February 5, 2013_____
DATE

_____
PRESIDING JUDGE