UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC, | § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-499-M |
| Defendants. | § | |
| | § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON, | § § § § § | |
| | § | |
| Counter-Defendants. | § | |

**AGREED MOTION SETTING TIME TO ANSWER OR
OTHERWISE RESPOND TO COUNTER-PLAINTIFFS' CLAIMS
<u>AGAINST COUNTER-DEFENDANTS</u>**

Counter-Defendants TriStar Investors, Inc. ("TriStar"), David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton (collectively, "Individual Counter-Defendants") file this Agreed Motion Setting Time to Answer or Otherwise Respond to Counter-Plaintiffs' Claims Against Counter-Defendants, and would respectfully show as follows:

1. On January 22, 2013, Counter-Plaintiffs American Tower, LLC, Spectrasite Communications, LLC, and American Towers, LLC (collectively, "Counter-Plaintiffs") filed its First Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff's First Amended Complaint ("Defendants' New Pleading"), which asserted amended counterclaims against TriStar and filed new claims against the Individual Counter-Defendants, who were added to the case by virtue of the new pleading.

2. Under the Rules, TriStar's time to answer or otherwise respond to the Defendants' New Pleading is February 8, 2013.

3. The Individual Counter-Defendants have agreed to waive formal service of process and under the Rules, their response to Defendants' New Pleading is due April 5, 2013.

4. The Parties have agreed to set the time for both TriStar and the Individual Counter-Defendants to answer or otherwise respond to Defendants' New Pleading as March 5, 2013. The Individual Counter-Defendants and TriStar respectfully request the Court to enter an Order memorializing this agreement by setting March 5, 2013 as the date for TriStar and the Individual Counter-Defendants to answer or otherwise respond to Defendants' New Pleading.

5. This Motion is not brought in bad faith, will not prejudice either party, and is not brought for any improper purpose.

WHEREFORE, the Individual Counter-Defendants and TriStar respectfully request that this Court grant this extension, up to and including March 5, 2013, for Counter-Defendants and TriStar to answer or otherwise respond to Defendants' New Pleading.

Respectfully submitted,

VINSON & ELKINS LLP

 /s/ Matthew R. Stammel
William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone:     214.220.7700
Facsimile:     214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, TX 77002
Telephone:     713.758.2222
Facsimile:     713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Counsel for Plaintiff and Counter-Defendants*

## CERTIFICATE OF CONFERENCE

I, the undersigned, do hereby certify that I conferred with counsel for Counter-Plaintiffs, and they agree to the relief sought in this Motion.

 /s/ Matthew R. Stammel

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

    /s/ Matthew R. Stammel

AGREED MOTION SETTING TIME TO ANSWER OR OTHERWISE RESPOND TO  
COUNTER-PLAINTIFFS' CLAIMS AGAINST COUNTER-DEFENDANTS  
US 1764982v.3

PAGE 5