UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS INC., AMERICAN TOWER | § | CIVIL ACTION NO. 3:12-CV-499 |
| GUARANTOR SUB, LLC, AMERICAN | § | |
| TOWER HOLDING SUB, LLC, AMERICAN | § | |
| TOWER ASSET SUB, LLC, AMERICAN | § | |
| TOWER ASSET SUB II, LLC, AMERICAN | § | |
| TOWER MANAGEMENT, LLC, | § | |
| AMERICAN TOWER L.P., SPECTRASITE | § | |
| COMMUNICATIONS, LLC, and | § | |
| AMERICAN TOWER, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| AMERICAN TOWER, LLC, SPECTRASITE | § | |
| COMMUNICATIONS, LLC, and | § | |
| AMERICAN TOWERS, LLC, | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., DAVID IVY, | § | |
| ED WALLANDER, ROBERT GILES, DALE | § | |
| GILARDI, JERRY VOGL, JOHN | § | |
| LEMMON, MICHAEL MACKEY, and | § | |
| MATT NEWTON, | § | |
| | § | |
| Counter-Defendants. | § | |
| | § | |

NOTICE OF COMPLIANCE WITH ORDER
TO FILE REDACTED FIRST AMENDED ANSWER

In response to the Court's February 5, 2013 Order, Defendants American Tower Corporation, American Towers, LLC, American Tower Guarantor Sub, LLC, American Tower Holding Sub, LLC, American Tower Asset Sub, LLC, American Tower Asset Sub II, LLC, American Tower Management, LLC, American Tower, L.P., and SpectraSite Communications, LLC (collectively, "American Tower") file this Notice of Compliance with Order to File Redacted First Amended Answer and state as follows:

On January 22, 2013, American Tower filed its First Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiff's First Amended Complaint ("Answer") under seal. [Docket Entry #81]. American Tower filed this pleading under seal because it referenced and attached documents TriStar designated as "Highly Confidential" or "Confidential" pursuant to the protective order in this litigation. On February 5, 2013, the Court ordered American Tower to file a redacted Answer that omits "Confidential" or "Highly Confidential" information within twenty-one days. [Docket Entry #91]. Thus, a copy of the Answer with all Confidential or Highly Confidential information redacted is attached to this Notice as Exhibit A.

Dated: February 19, 2013

Respectfully submitted,

*/s/ Jon G. Shepherd*
Jon G. Shepherd
Texas State Bar No. 00788402
Courtney L. Gilbert
Texas State Bar No. 24066026
ALSTON & BIRD, LLP
2828 N. Harwood Street, Ste. 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
jon.shepherd@alston.com
courtney.gilbert@alston.com

- 3 -

David M. Rownd
Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 E. Monroe Street, 37th floor
Chicago, IL 60603
Telephone: (312) 580-2311
Facsimile: (312) 580-2201
drownd@thompsoncoburn.com

Michael L. Nepple
Missouri State Bar No. 42082
THOMPSON COBURN, LLP
One US  Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com
*Admitted Pro Hac Vice*

COUNSEL FOR DEFENDANTS/
COUNTER-PLAINTIFFS

## CERTIFICATE OF SERVICE

On February 19, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pre se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jon G. Shepherd*
Jon G. Shepherd