# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | |
| **AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC,** | § § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:12-CV-499** |
| **Defendants.** | § § | |
| **AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC,** | § § § § § | |
| **Counter-Plaintiffs,** | § § § | |
| v. | § § § | |
| **TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON,** | § § § § § § § | |
| **Counter-Defendants.** | § § § | |

### AMENDED CERTIFICATE OF SERVICE IN SUPPORT OF AMERICAN TOWER'S SEALED MOTION TO COMPEL CROWN CASTLE AND BRIEF IN SUPPORT

In support of its Sealed, Opposed Motion to Compel Crown Castle and Brief in Support ("Motion"), the American Tower Defendants / Counter-Plaintiffs submit this Amended Certificate of Service stating that service of the Motion and its supporting documents has been effected on non-party Crown Castle via email and Certified Mail, Return Receipt Requested. American Tower obtained TriStar's consent to provide Crown with a copy of the Sealed First Amended Answer referenced in the Motion, and Crown has received a copy of the Protective Order in this matter and has agreed to be bound by its terms.

Dated: February 21, 2013                    Respectfully submitted,

/s/ Jon G. Shepherd
Jon G. Shepherd
Texas State Bar No. 00788402
Courtney L. Gilbert
Texas State Bar No. 24066026
Alston &BIRD LLP
2828 N. Harwood Street, Ste. 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
jon.shepherd@alston.com
courtney.sauer@alston.com

David M. Rownd
Illinois State Bar No. 6207951
Thompson COBURN, LLP
55 E. Monroe Street, 37th floor
Chicago, IL 60603
Telephone: (312) 580-2311
Facsimile: (312) 580-2201
drownd@thompsoncoburn.com

Michael L. Nepple
Missouri State Bar No. 42082
Thompson COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com


## CERTIFICATE OF SERVICE

On February 21, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

I hereby certify that I have served non-party Crown Castle by and through its counsel of record via email and Certified Mail / Return Receipt Requested on February 21, 2013.

/s/  Jon G. Shepherd
Jon G. Shepherd