UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § § Plaintiff, § § v. § § AMERICAN TOWER CORPORATION, AMERICAN TOWERS, LLC, AMERICAN TOWERS, INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC, § § § § § § § § § § § § § Defendants. § _____ § § AMERICAN TOWER, LLC, SPECTRASITE § COMMUNICATIONS, LLC, and § AMERICAN TOWERS, LLC, § § Counter-Plaintiffs, § § v. § § TRISTAR INVESTORS, INC., DAVID IVY, § ED WALLANDER, ROBERT GILES, DALE § GILARDI, JERRY VOGL, JOHN § LEMMON, MICHAEL MACKEY, and § MATT NEWTON, § § Counter-Defendants. § | CIVIL ACTION NO. 3:12-CV-499-M |

**COUNTER-DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Local Rule 7.4, Counter-Defendants David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton make the following disclosure, on information and belief, of all persons and entities that are financially interested in the outcome of this litigation:

1. TriStar Investors, Inc., Plaintiff/Counter-Defendant
2. American Tower Corporation, Defendant
3. American Towers LLC, Defendant/Counter-Plaintiff
4. American Towers Inc., Defendant
5. American Tower Guarantor Sub, LLC, Defendant
6. American Tower Holding Sub, LLC, Defendant
7. American Tower Asset Sub, LLC, Defendant
8. American Tower Asset Sub II, LLC, Defendant
9. American Tower Management, LLC, Defendant
10. American Tower L.P., Defendant
11. SpectraSite Communications, LLC, Defendant/Counter-Plaintiff
12. American Tower, LLC, Counter-Plaintiff
13. David Ivy, Counter-Defendant
14. Ed Wallander, Counter-Defendant
15. Robert Giles, Counter-Defendant
16. Dale Gilardi, Counter-Defendant
17. Jerry Vogl, Counter-Defendant
18. John Lemmon, Counter-Defendant
19. Michael Mackey, Counter-Defendant
20. Matt Newton, Counter-Defendant

Respectfully submitted,

VINSON & ELKINS L.L.P.

/s/ *William D. Sims, Jr.*
William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
Melissa Lynne Montgomery
  Texas Bar No. 24074746
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com
mmontgomery@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc.*
*and Counter-Defendants*

**CERTIFICATE OF SERVICE**

       On March 5, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                    /s/ *Tyler J. Bexley*