UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDINGS SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., and SPECTRASITE COMMUNICATIONS, LLC, | § | No. 3:12-cv-0499-M |
| Defendants. | § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § | |
| Counter-Plaintiffs, | § | |
| v. | § | |
| TRISTAR INVESTORS, INC., | § | |
| Counter-Defendant. | § | |

## ORDER OF REFERRAL

Before the Court is the Unopposed Motion for Leave to File Supplemental Appendix in Support of American Tower's Motion to Compel Crown Castle [Docket Entry #109]. The Court referred the underlying Motion to Compel Crown Castle to Magistrate Judge Irma Carrillo Ramirez on February 26, 2013 [Docket Entry #103]. This Motion, too, is hereby **REFERRED**

1

to Judge Ramirez for hearing, if necessary, and recommendation or determination.

All future filings regarding the referred Motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

March 13, 2013.

                                              BARBARA M. G. LYNN
                                              UNITED STATES DISTRICT JUDGE
                                              **NORTHERN DISTRICT OF TEXAS**