UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE and AMERICAN TOWER, LLC,** § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> Defendants. § <br> § <br> **AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC,** § <br> § <br> § <br> § <br> Counter-Plaintiffs, § <br> § <br> v. § <br> § <br> **TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON,** § <br> § <br> § <br> § <br> § <br> § <br> Counter-Defendants. § | **CIVIL ACTION NO. 3:12-CV-499-M** |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO FILE SUPPLEMENTAL APPENDIX
<u>IN SUPPORT OF AMERICAN TOWER'S MOTION TO COMPEL CROWN CASTLE</u>**

2

The Court, having reviewed American Tower's Unopposed Motion for Leave to File Supplemental Appendix finds that it should be GRANTED.

The Court therefore ORDERS that American Tower's Unopposed Motion for Leave to File Supplemental Appendix is GRANTED and the Supplemental Appendix filed under seal shall be deemed filed.

SO ORDERED on this 13th day of March, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE