# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **AMERICAN TOWER CORPORATION,** § | |
| **AMERICAN TOWERS, LLC, AMERICAN** § | |
| **TOWERS, INC., AMERICAN TOWER** § | |
| **GUARANTOR SUB, LLC, AMERICAN** § | |
| **TOWER HOLDING SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB II, LLC, AMERICAN** § | |
| **TOWER MANAGEMENT, LLC,** § | |
| **AMERICAN TOWER L.P., SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWER, LLC,** § | |
| § | |
| Defendants. § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| ———————————————— § | |
| § | |
| **AMERICAN TOWER, LLC, SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWERS, LLC,** § | |
| § | |
| Counter-Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **TRISTAR INVESTORS, INC., DAVID IVY,** § | |
| **ED WALLANDER, ROBERT GILES, DALE** § | |
| **GILARDI, JERRY VOGL, JOHN** § | |
| **LEMMON, MICHAEL MACKEY, and** § | |
| **MATT NEWTON,** § | |
| § | |
| Counter-Defendants. § | |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff TriStar Investors, Inc. respectfully requests that the Court extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss (Doc. #98), filed February 25, 2013. Plaintiff's current deadline to respond is March 18, 2013. Plaintiff respectfully requests an extension up to and including March 25, 2013. This requested extension will not prejudice Defendants, and Defendants have agreed to the proposed deadline.

Respectfully submitted,

VINSON & ELKINS L.L.P.

/s/ *William D. Sims, Jr.*
William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc. and Counter-Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 13, 2013, I conferred with David Rownd, counsel for Defendants, and he stated that Defendants do not oppose the relief sought in this motion.

/s/ *Matthew R. Stammel*

## CERTIFICATE OF SERVICE

On March 13, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Tyler J. Bexley*