# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | |
| **AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC,** | § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:12-CV-499** |
| Defendants. | § § | |
| **AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC,** | § § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § | |
| **TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON,** | § § § § § § | |
| Counter-Defendants. | § § § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## NON-PARTY CROWN CASTLE INTERNATIONAL CORPORATION

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for Crown

- 2 -

Castle International Corp.  Mr. Kruse and Mr. Rodriguez are admitted to the Bar of the Northern District of Texas.  Pursuant to the Federal Rules of Civil Procedure, please serve copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in this case, to:

| | |
|---|---|
| Lane E. Kruse | Oscar Rey Rodriguez |
| FULBRIGHT & JAWORSKI L.L.P. | FULBRIGHT & JAWORSKI L.L.P. |
| 1301 McKinney, Suite 5100 | 2200 Ross Avenue, Suite 2800 |
| Houston, Texas  77010-3095 | Dallas, Texas  75201-2784 |
| Telephone: (713) 651-5151 | Telephone: (214) 855-8000 |
| Facsimile: (713) 651-5246 | Facsimile: (214) 855-8200 |
| lkruse@fulbright.com | orodriguez@fulbright.com |

Dated: March 14, 2013

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: */s/ Layne E. Kruse*
Layne E. Kruse
State Bar No. 11742550
FULBRIGHT & JAWORSKI L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246
lkruse@fulbright.com

- and -

Oscar Rey Rodriguez
State Bar No. 00791557
Fulbright & Jaworski L.L.P.
2200 Ross Ave., Ste. 2800
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
orodriguez@fulbright.com

*COUNSEL FOR NON-PARTY CROWN CASTLE INTERNATIONAL CORPORATION*

- 3 -

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 14, 2013, a true and correct copy of the attached Notice of Appearance was served via email through the District Court's Electronic Case Filing System on those parties that have consented to such service.

                                                       */s/ Layne E. Kruse*
                                                       Layne E. Kruse