UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS INC., AMERICAN TOWER | § | |
| GUARANTOR SUB, LLC, AMERICAN | § | |
| TOWER HOLDING SUB, LLC, AMERICAN | § | |
| TOWER ASSET SUB, LLC, AMERICAN | § | |
| TOWER ASSET SUB II, LLC, AMERICAN | § | |
| TOWER MANAGEMENT, LLC, | § | |
| AMERICAN TOWER L.P., SPECTRASITE | § | |
| COMMUNICATIONS, LLC, and | § | |
| AMERICAN TOWER, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | CIVIL ACTION NO. 3:12-CV-499-M |
| | § | |
| AMERICAN TOWER, LLC, SPECTRASITE | § | |
| COMMUNICATIONS, LLC, and | § | |
| AMERICAN TOWERS, LLC, | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., DAVID IVY, | § | |
| ED WALLANDER, ROBERT GILES, | § | |
| DALE GILARDI, JERRY VOGL, | § | |
| JOHN LEMMON, MICHAEL MACKEY, | § | |
| and MATT NEWTON, | § | |
| | § | |
| Counter-Defendants. | § | |
| | § | |

<u>**AGREED ORDER**</u>

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65),

Plaintiff sent a letter initiating the discovery dispute process on March 8, 2013.  Counsel for the

parties conferred in person and by telephone on March 12, 2013 and resolved certain disputed

issues.  The Court enters the following orders memorializing the parties' agreement.

The Court **ORDERS** Defendants to produce the following documents by March 18,

2013:

- Alexander Macheras's resignation letter, any related documents in Mr. Macheras's personnel file, and any other documents in Mr. Macheras's personnel file related to TriStar or to American Tower's policies, procedures, or practices for negotiating with landowners;

- documents in the personnel files of Mark Kearns, Brenda Berry, and/or Neil Crocker related to TriStar or to American Tower's policies, procedures, or practices for negotiating with landowners;

- spreadsheets summarizing American Tower's OPEX transactions with landowners prior to 2011, to the extent such spreadsheets exist;

- the document(s) prepared by Mrs. Baize or any other American Tower employee in response to action items 17 and 19 on page 9 of ATC01707533, to the extent such documents exist;

- a complete list (by Bates label) of the form letters sent by American Tower to landowners at any of the 5,531 sites at issue, along with a corresponding list (by Bates label) of the mailing lists to which the letters were sent, to the extent Defendants have not already provided a complete list;

- American Tower's land lease representative or account manager compensation plans for the years 2006-2011 and 2013;

- the third amendment to the services agreement between American Tower and The Lyle Co.;

- American Tower's training materials for land lease representatives and/or account managers, including but not limited to the materials offered in classroom training sessions;

- all versions of the PowerPoint presentation(s) that Ben Myers has shared or shares with land lease representatives or account managers when they are hired;

- cheat sheets or other documents prepared by or for land lease representatives or account managers summarizing American Tower's rights and obligations under its sublease agreements, to the extent such documents exist; and

- all documents containing the phrase "project eighteen."

The Court **ORDERS** Defendants to produce the following documents by March 26, 2013:

- documents in the personnel files of other current or former employees in American Tower's land management group that relate to TriStar or to American Tower's policies, procedures, or practices for negotiating with landowners; and

- emails between American Tower and The Lyle Co., to the extent that they have not already been produced.

The Court **ORDERS** Defendants to produce the following documents by April 1, 2013:

- the documents that are responsive to Requests 3-34, 37-38, 40-49, 51-60, and 64-69 in TriStar Seventh Set of Requests for Production.

The Court **ORDERS** Plaintiff to supplement the following answers to Defendants' Interrogatories by March 22, 2013:

- Nos. 1, 2, and 4 of American Tower's Third Set of Interrogatories.

**SO ORDERED** on this 15th day of March, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| /s/ *Matthew R. Stammel* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | |
| | |
| *Attorneys for Plaintiff TriStar Investors, Inc.* | *Attorneys for Defendants/Counter-Plaintiffs* |