**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **AMERICAN TOWER CORPORATION,** § | |
| **AMERICAN TOWERS LLC, AMERICAN** § | |
| **TOWERS INC., AMERICAN TOWER** § | |
| **GUARANTOR SUB, LLC, AMERICAN** § | |
| **TOWER HOLDING SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB II, LLC, AMERICAN** § | |
| **TOWER MANAGEMENT, LLC,** § | |
| **AMERICAN TOWER L.P., SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWER, LLC,** § | |
| § | |
| Defendants. § | |
| § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| § | |
| **AMERICAN TOWER, LLC, SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWERS, LLC,** § | |
| § | |
| Counter-Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **TRISTAR INVESTORS, INC., DAVID IVY,** § | |
| **ED WALLANDER, ROBERT GILES,** § | |
| **DALE GILARDI, JERRY VOGL,** § | |
| **JOHN LEMMON, MICHAEL MACKEY,** § | |
| **and MATT NEWTON,** § | |
| § | |
| Counter-Defendants. § | |
| § | |

## **AGREED ORDER**

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65), the parties have conferred regarding the following discovery issues and request an order from the

Court regarding same. The Court enters the following order memorializing the parties' agreement.

The Court **ORDERS** Defendants to complete its production of the following documents by April 3, 2013:

- Documents related to applications for or approvals obtained for constructing a tower to replace an existing tower.

- Documents demonstrating any actions taken by American Tower to prepare for, apply for, or obtain any permit, license, or other approval required from any federal, state, or local government body entity necessary to move or relocate an existing tower or existing carrier equipment or to construct a new tower.

- Documents relating to zoning, permitting, licensing, or other regulatory requirements that must be met before American Tower may construct a new tower or relocate an existing tower or carrier equipment.

- All communications and filings with municipal and zoning authorities relating to the Hawes site or any plans to build a tower within one mile of the Hawes site.

- All documents and communications with any third parties, including but not limited to landowners, regarding a possibility or incentive to remove or relocate towers.

**SO ORDERED** on this 28th day of March, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| /s/ *Kyle D. Young* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | |
| | |
| *Attorneys for Plaintiff TriStar Investors, Inc.* | *Attorneys for Defendants/Counter-Plaintiffs* |