## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **AMERICAN TOWER CORPORATION,** § | |
| **AMERICAN TOWERS LLC, AMERICAN** § | |
| **TOWERS INC., AMERICAN TOWER** § | |
| **GUARANTOR SUB, LLC, AMERICAN** § | |
| **TOWER HOLDING SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB, LLC, AMERICAN** § | |
| **TOWER ASSET SUB II, LLC, AMERICAN** § | |
| **TOWER MANAGEMENT, LLC,** § | |
| **AMERICAN TOWER L.P., SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWER, LLC,** § | |
| § | |
| Defendants. § | |
| § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| § | |
| **AMERICAN TOWER, LLC, SPECTRASITE** § | |
| **COMMUNICATIONS, LLC, and** § | |
| **AMERICAN TOWERS, LLC,** § | |
| § | |
| Counter-Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **TRISTAR INVESTORS, INC., DAVID IVY,** § | |
| **ED WALLANDER, ROBERT GILES,** § | |
| **DALE GILARDI, JERRY VOGL,** § | |
| **JOHN LEMMON, MICHAEL MACKEY,** § | |
| **and MATT NEWTON,** § | |
| § | |
| Counter-Defendants. § | |
| § | |

## **AGREED ORDER**

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65), the parties have conferred regarding the following discovery issues and request an order from the

Court regarding same. The Court enters the following order memorializing the parties' agreement.

The Court **ORDERS** Defendants to produce a privilege log by April 19, 2013, subject to supplementation for ongoing productions. The log will describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**SO ORDERED** on this 29th day of March, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| /s/ *Kyle D. Young* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|  Texas Bar No. 18429500 |  Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|  Texas Bar No. 24010419 |  Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|  Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|  Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|  Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |  Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |

| | |
|---|---|
| Harry M. Reasoner<br>  Texas Bar No. 16642000<br>Stacey Neumann Vu<br>  Texas Bar No. 24047047<br>VINSON & ELKINS L.L.P.<br>1001 Fannin Street, Suite 2500<br>Houston, Texas 77002<br>Tel: 713.758.2222<br>Fax: 713.758.2346<br>hreasoner@velaw.com<br>svu@velaw.com<br><br>*Attorneys for Plaintiff TriStar Investors, Inc.* | Michael L. Nepple<br>  Missouri State Bar No. 42082<br>THOMPSON COBURN, LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Telephone: (314) 552-6149<br>Facsimile: (314) 552-7000<br>mnepple@thompsoncoburn.com<br>*Admitted Pro Hac Vice*<br><br>*Attorneys for Defendants/Counter-Plaintiffs* |