# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** | § |
| Plaintiff, | § |
| v. | § |
| **AMERICAN TOWER CORPORATION, et al.,** | § |
| Defendants. | § |
| **AMERICAN TOWER, LLC, et al.,** | § |
| Counter-Plaintiffs, | § |
| v. | § |
| **TRISTAR INVESTORS, INC., et al.,** | § |
| Counter-Defendants. | § |

## AGREED ORDER

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65), the parties have conferred regarding the following discovery issues and request an order from the Court regarding same. The Court enters the following order memorializing the parties' agreement.

The Court **ORDERS** Defendants to produce the responsive email communications and any attachments (using the search terms provided by Plaintiff's counsel and modified by the parties' agreement) for custodian Chris Prescott by April 22, 2013, for custodian Rob McNiel by April 26, 2013, and for custodians Bud Noel, Marc Grant, Harry Flint, and Jacky Wu by May 3, 2013.

**SO ORDERED** on this 19th day of April, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| /s/ *Kyle D. Young* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | |
| | |
| *Attorneys for Plaintiff TriStar Investors, Inc.* | *Attorneys for Defendants/Counter-Plaintiffs* |

US 1855739v.1