**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN TOWER CORPORATION,** | § | |
| **et al.,** | § | |
| | § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| **Defendants.** | § | |
| ——————————————— | § | |
| | § | |
| **AMERICAN TOWER, LLC, et al.,** | § | |
| | § | |
| **Counter-Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TRISTAR INVESTORS, INC., et al.,** | § | |
| | § | |
| **Counter-Defendants.** | § | |

**JOINT SUBMISSION REGARDING SETTLEMENT DISCUSSIONS**

Pursuant to Paragraph 10 of the Scheduling Order [Doc. 30] signed and filed on July 3, 2012, the Parties submit this their Joint Submission Regarding Settlement Discussions and respectfully report as follows:

The parties have not engaged in settlement negotiations due to the belief that discussions will be more productive once fact discovery is complete. The parties have conferred about initiating settlement negotiations, and agree that they will mediate the case after fact discovery is complete. The parties are confident that they will agree on a mutually acceptable mediator. The parties do not desire a settlement conference to be conducted by the Magistrate Judge.

Respectfully submitted,


/s/ *Matthew R. Stammel*
William D. Sims, Jr.
   Texas Bar No. 18429500
Matthew R. Stammel
   Texas Bar No. 24010419
John D. Taurman
   Texas Bar No. 19680400
Kyle D. Young
   Texas Bar No. 24070899
Tyler J. Bexley
   Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
Telephone:     214.220.7700
Facsimile:     214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com


Harry M. Reasoner
   Texas Bar No. 16642000
Stacey Neumann Vu
   Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX  77002
Telephone:     713.758.2222
Facsimile:     713.758.2346
hreasoner@velaw.com
svu@velaw.com


*Counsel for Plaintiff and*
   *Counter-Defendants*


/s/ *Jon G. Shepherd*
Jon G. Shepherd
   Texas Bar No. 00788402
Courtney L. Sauer
Texas Bar No. 24066026
ALSTON & BIRD, LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:     214.922.3400
Facsimile:     214.922.3899
jon.shepherd@alston.com
courtney.sauer@alston.com


Michael L. Nepple
   Missouri Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO  63101
Telephone:     314.552.6149
Facsimile:     314.552.7000
mnepple@thompsoncoburn.com


David M. Rownd
   Illinois Bar No. 6207951
THOMPSON COBURN, LLP
55 E. Monroe Street, 37th Floor
Chicago, IL  60603
Telephone:     312.580.2311
Facsimile:     312.580.2201
drownd@thompsoncoburn.com


*Counsel for Defendants and*
   *Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I electronically filed the foregoing Joint Submission with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Matthew R. Stammel*
Matthew R. Stammel