UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDINGS SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., and SPECTRASITE COMMUNICATIONS, LLC, | § § § § § § § § § § | No. 3:12-cv-0499-M |
| Defendants. | § § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § | |
| TRISTAR INVESTORS, INC., | § § | |
| Counter-Defendant. | § | |

## **ORDER**

Before the Court is the Unopposed Motion to Expedite the Briefing Schedule associated with American Tower's Motion to Modify the Scheduling Order and for Continuance of the Trial Date [Docket Entry #145]. The Motion is **GRANTED**. Plaintiff TriStar's response is due Monday, May 6, 2013, and Defendant American Tower's reply is due Wednesday, May 8, 2013.

1

**SO ORDERED**.

April 30, 2013.

                             _____
                             **BARBARA M. G. LYNN**
                             **UNITED STATES DISTRICT JUDGE**
                             **NORTHERN DISTRICT OF TEXAS**