**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS INC., AMERICAN TOWER | § | |
| GUARANTOR SUB, LLC, AMERICAN | § | |
| TOWER HOLDINGS SUB, LLC, | § | |
| AMERICAN TOWER ASSET SUB, LLC, | § | |
| AMERICAN TOWER SUB II, LLC, | § | |
| AMERICAN TOWER MANAGEMENT, | § | |
| LLC, AMERICAN TOWER L.P., and | § | |
| SPECTRASITE COMMUNICATIONS, LLC, | § | No. 3:12-cv-0499-M |
| | § | |
| Defendants. | § | |
| _____ | § | |
| | § | |
| AMERICAN TOWER, LLC, | § | |
| SPECTRASITE COMMUNICATIONS, LLC, | § | |
| and AMERICAN TOWERS, LLC, | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Counter-Defendant. | § | |

## **ORDER**

Before the Court is the Joint Submission on Defendant's Motion to Compel Responses to Defendants' Third Set of Interrogatories to Plaintiff [Docket Entry #140]. The Motion is hereby **REFERRED** to Magistrate Judge Ramirez for hearing, if necessary, and recommendation or determination.

1

All future filings regarding the referred Motion should be addressed to the United States Magistrate Judge, not to the District Judge, and should be accompanied by a transmittal letter addressed to the Magistrate Judge, so that filings will reach her without delay.

**SO ORDERED**.

May 1, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS