# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-499-M |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| et al., | § | |
|     Defendants. | § | |

## ORDER

Pursuant to the District Court's Order dated May 1, 2013, before the Court is the *Joint Submission on Defendant's Motion to Compel Responses to Defendants Third Set of Interrogatories to Plaintiff*, filed April 29, 2013 (doc. 140).

A hearing has been scheduled for **Friday, May 10, 2013, at 10:00 a.m.** in courtroom 1566. **All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Maire Ramos at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 1st day of May, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE