IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No.: 3:12-CV-499-M |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS, INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB, II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, AND AMERICAN TOWER, LLC, | § § § § § § § § § § § § | |
| Defendants. | § § | |

## ORDER

In light of the parties' Joint Submission Regarding Settlement Discussions, filed April 30, 2013, the Court orders the parties to choose a mediator and file, **no later than June 3, 2013**, the name and address of the mediator they have chosen. If the parties cannot agree on a mediator, the Court will select one. An Order of Referral For Mediation will be entered accordingly.

SO ORDERED.

DATED: May 1, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS