UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § § Plaintiff, § § v. § § AMERICAN TOWER CORPORATION, § et al., § § Defendants. § §<br>───────────────────────── §<br>AMERICAN TOWER, LLC, et al., § § Counter-Plaintiffs, § § v. § § TRISTAR INVESTORS, INC., et al., § § Counter-Defendants. § § | CIVIL ACTION NO. 3:12-CV-499-M |

**JOINT MOTION TO MAGISTRATE JUDGE IRMA CARILLO RAMIREZ
TO RESET MAY 10, 2013 HEARING**

TO THE HONORABLE MAGISTRATE JUDGE IRMA CARILLO RAMIREZ:

Due to scheduling conflicts for Plaintiff's counsel, Plaintiff and Defendants respectfully request that the Court reset the hearing currently scheduled for May 10, 2013 at 10:00 am to a date and time convenient for the Court during the week of May 13, 2013.  The parties also request that the Court set the April 29, 2013 Joint Submission on TriStar's Motion to Compel (Doc. 142) for hearing at the same time.

Respectfully submitted,

| | |
|---|---|
| /s/ *William D. Sims, Jr.* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | |

*Attorneys for Plaintiff TriStar Investors, Inc.*     *Attorneys for Defendants/Counter-Plaintiffs.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

/s/ *Kyle D. Young*