IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-499-M |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| et al., | § | |
|     Defendants. | § | |

**STANDING ORDER OF REFERENCE OF DISCOVERY MATTERS**

Under the authority of 28 U.S.C. § 636(b), *ALL* discovery matters in this case are hereby REFERRED to United States Magistrate Judge Irma Carrillo Ramirez for hearing, if necessary, and for determination.

**SO ORDERED**.

May 9, 2013.

                                                          BARBARA M. G. LYNN
                                                          UNITED STATES DISTRICT JUDGE
                                                          NORTHERN DISTRICT OF TEXAS