IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-CV-499-M |
| § | |
| AMERICAN TOWER CORPORATION, § | |
| et al., § | |
| Defendants. § | |

### ORDER

Pursuant to the District Court's standing order of reference of all discovery disputes dated May 9, 2013, before the Court are the *Joint Submission on Defendant's Motion to Compel Responses to Defendants Third Set of Interrogatories to Plaintiff* (doc. 140), and *April 29, 2013 Joint Submission on Tristar's Motion to Compel* (doc. 142), both filed on April 29, 2013.

A hearing was conducted on the record concerning both motions on May 13, 2013. All parties appeared in person or through counsel. After consideration of the relevant filings, evidence, oral argument, and applicable law, and for the reasons stated on the record during the hearing, both motions to compel are **GRANTED**. The defendant shall produce Pamela D.A. Reeve, Carolyn F. Katz, and Ronald M. Dykes for deposition at a mutually convenient date, time and place within 30 days from the date of this order, unless otherwise agreed by the parties. The plaintiff shall serve complete answers to Interrogatories Nos. 1 and 2 of the defendant's third set of interrogatories within 14 days from the date of this order, unless otherwise agreed by the parties.

**SO ORDERED** on this 13th day of May, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE