IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-CV-499-M |
| § | |
| AMERICAN TOWER CORPORATION, § | |
| et al., § | |
|     Defendants. § | |

## ORDER

Pursuant to the District Court's standing order of reference of all discovery disputes dated May 9, 2013, before the Court is the *Sealed Joint Submission to Magistrate Judge Ramirez on TriStar's Motion to Compel Production of Documents Wrongly Withheld as Privileged*, filed May 13, 2013 (doc. 166).

A hearing has been scheduled for **Thursday, May 23, 2013, at 10:00 a.m.** in courtroom 1566. **All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Maire Ramos at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 15th day of May, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE