**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TRISTAR INVESTORS, INC., § | |
|     Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-CV-499-M |
| § | |
| AMERICAN TOWER CORPORATION, § | |
| et al., § | |
|     Defendants. § | |

## ORDER

Pursuant to the standing order of reference of all discovery disputes dated May 9, 2013, before the Court is the *Defendants' Notice Regarding Plaintiff's Noncompliance with May 13, 2013 Order (Doc. 165) and Request for Hearing*, filed May 31, 2013 (doc. 180).

A hearing has been scheduled for **Thursday, June 6, 2013, at 10:00 a.m.** in courtroom 1566. **All parties must confirm their attendance at least two days prior to the hearing by contacting Courtroom Deputy Maire Ramos at (214) 753-2167.** Failure to confirm or to attend the hearing without obtaining permission of the Court will result in appropriate sanctions.

**SO ORDERED** on this 3rd day of June, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE