**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **AMERICAN TOWER CORPORATION,** **et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| _____ | § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| | § | |
| **AMERICAN TOWER, LLC, et al.,** | § | |
| | § | |
| **Counter-Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| **TRISTAR INVESTORS, INC., et al.** | § | |
| | § | |
| **Counter-Defendants.** | § | |
| | § | |

**NOTICE OF AGREEMENT FOR LIMITED EXTENSION**
**OF FACT DISCOVERY DEADLINE**

Pursuant to Paragraphs 9 and 14 of the Scheduling Order (Doc. 30), Plaintiff TriStar

Investors, Inc. hereby gives notice to the Court that the parties have agreed to a limited extension

of the June 20, 2013 fact discovery deadline—as set by the Court's May 9, 2013 Order (Doc.

162)—for the sole purpose of conducting the following depositions on the following dates:

| DEPONENT | DEPOSITION DATE | NOTICING PARTY |
|---|---|---|
| Robert Giles | June 21, 2013 | American Tower |
| Phillip Kelley | June 25, 2013 | American Tower |
| Ben Moreland | June 26, 2013 | American Tower |
| James Taiclet | June 28, 2013 | TriStar |

Respectfully submitted,

/s/ _Matthew R. Stammel_____

William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

/s/ *Kyle D. Young*