IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No.: 3:12-CV-499-M |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS, INC., AMERICAN TOWER | § | |
| GUARANTOR SUB, LLC, AMERICAN TOWER | § | |
| HOLDING SUB, LLC, AMERICAN TOWER | § | |
| ASSET SUB, LLC, AMERICAN TOWER ASSET | § | |
| SUB, II, LLC, AMERICAN TOWER | § | |
| MANAGEMENT, LLC, AMERICAN TOWER | § | |
| L.P., SPECTRASITE COMMUNICATIONS, | § | |
| LLC, AND AMERICAN TOWER, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERRAL FOR MEDIATION

Based on the parties' Joint Submission Regarding Mediation, filed June 3, 2013, the Court

has determined that this case is appropriate for mediation, and **Stephen Saltzburg, GW Law, 2000**

**H Street, N.W., Washington, DC 20052 (Ph: 202/994-7089, 202/994-9811)** is appointed Mediator.

All counsel are directed to contact the mediator as soon as possible.

The mediation will be governed by Section III.D - G of the Court's Civil Justice Expense

and Delay Reduction Plan.

The Mediator is expected to follow the 2005 Model Standards of Conduct for Mediators,

which have been adopted by the American Bar Association, the American Arbitrator Association,

and The Association for Conflict Resolution.  The Standards may be accessed at

www.abanet.org/dispute.  If there are any parts of the Model Standards that the Mediator believes

the Mediator cannot satisfy, the Mediator shall promptly notify the Court.

Fees for the mediation are to be divided and borne equally by the parties unless agreed otherwise, shall be paid by the parties directly to the Mediator, and shall be taxed as costs.

No subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Counsel and parties shall proceed in a good faith effort to resolve this case and shall agree upon a date for **mediation to be completed by July 31, 2013.** A senior executive from each company who has authority to settle is directed to attend.

At the conclusion of the mediation, the Mediator will complete and file with the District Clerk the information required by § III.G of the Court's Civil Justice Expense and Delay Reduction Plan. See form attached.

This case is set for a jury trial during the Court's two-week docket beginning October 28, 2013, at 9:00 a.m.   Referral to mediation is not a substitute for trial and the case will be tried if not settled.

SO ORDERED.

DATED: June 10, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS