UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN TOWER CORPORATION, et al., <br><br> Defendants. | § § § § § § § § § § § § |
| AMERICAN TOWER, LLC, et al., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> TRISTAR INVESTORS, INC., et al., <br><br> Counter-Defendants. | § § § § § § § § § § § § § |

## AGREED ORDER

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65), the parties have conferred regarding the following discovery issues and request an order from the Court regarding same. The Court enters the following order memorializing the parties' agreements.

Pursuant to the Court's May 23, 2013 Order, the parties agreed on search terms to limit the need for review of the remaining 140,000 documents that Defendants withheld as privileged, and Defendants have now produced additional documents as a result of their review. The Court **ORDERS** Defendants to produce by June 21, 2013 a revised privilege log reflecting each

document (including email attachments) that Defendants are continuing to withhold as privileged.

The Court further **ORDERS** Defendants to provide complete responses to Interrogatories 3 and 4 in Plaintiff's Fifth Set of Interrogatories by June 24, 2013.

**SO ORDERED** on this 19th day of June, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

/s/ *Kyle D. Young*
William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc.*

/s/ *Jason M. Schwent*
Jon G. Shepherd
  Texas State Bar No. 00788402
Courtney L. Sauer
  Texas State Bar No. 24066206
ALSTON & BIRD, LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Tel: 214.922.3400
Fax: 214.922.3899
jon.shepherd@alston.com
courtney.sauer@alston.com

David M. Rownd
  Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Tel: 312.344.7500
Fax: 312.580.2201
drownd@thompsoncoburn.com

Michael L. Nepple
  Missouri State Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants/Counter-Plaintiffs*