UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | |
| **AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC,** | § § § § § § § § § § § § § § | **CIVIL ACTION NO. 3:12-CV-499** |
| **Defendants.** | § § | |
| **AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC,** | § § § § § | |
| **Counter-Plaintiffs,** | § § | |
| v. | § § | |
| **TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON,** | § § § § § § § | |
| **Counter-Defendants.** | § § § | |

**AGREED ORDER**

**AGREED ORDER – Page 1**

Pursuant to the Court's June 6, 2013 Order (Doc. 187), counsel for the parties conferred in person and by telephone on June 19 and 20, 2013 regarding the attorney's fees issue discussed in that Order. Pursuant to the agreement reached by the parties, the issue has been fully resolved without further need of the Court's involvement.

**SO ORDERED** on this 20th day of June, 2013.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

                                       **AGREED:**

| | |
|---|---|
| */s/ Matthew R. Stammel* | */s/ Jon G. Shepherd* |
| William D. Sims, Jr. | Jon G. Shepherd |
| Texas Bar No. 18429500 | Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Gilbert |
| Texas Bar No. 24010419 | Texas State Bar No. 24066026 |
| John D. Taurman | Alston & BIRD, LLP |
| Texas Bar No. 19680400 | 2828 N. Harwood Street, Ste. 1800 |
| Kyle D. Young | Dallas, TX 75201 |
| Texas Bar No. 24070899 | Telephone: (214) 922-3400 |
| Tyler J. Bexley | Facsimile: (214) 922-3899 |
| Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.gilbert@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, TX 75201-2975 | David M. Rownd |
| Telephone: 214.220.7700 | Illinois State Bar No. 6207951 |
| Facsimile: 214.220.7716 | Thompson COBURN, LLP |
| bsims@velaw.com | 55 E. Monroe Street, 37th floor |
| mstammel@velaw.com | Chicago, IL 60603 |
| jtaurman@velaw.com | Telephone: (312) 580-2311 |
| kyoung@velaw.com | Facsimile: (312) 580-2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
| Texas Bar No. 16642000 | Missouri State Bar No. 42082 |
| Stacey Neumann Vu | Thompson COBURN, LLP |
| Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, TX 77002 | Facsimile: (314) 552-7000 |
| Telephone: 713.758.2222 | mnepple@thompsoncoburn.com |
| Facsimile: 713.758.2346 | Admitted *Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | COUNSEL FOR DEFENDANTS/ |
| | COUNTER-PLAINTIFFS |
| COUNSEL FOR PLAINTIFF AND | |
| COUNTER-DEFENDANTS | |

**AGREED ORDER – Page 3**