# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Ohio

2013 JUL -2 PM 3:04

Case Number: 3:13-CV-499 N DIST OF TX

Plaintiff:
**Tristar Investors, Inc**

vs.

Defendant:
**American Tower Corporation, et al**

For:
Alston & Bird, LLP

Dallas, TX 75201

Received by Special Delivery on the 20th day of June, 2013 at 5:06 pm to be served on **Paul Webb, 6004 Driftwood Ct, Maineville, OH 45039**.

I, Dale Dorning, do hereby affirm that on the **21st day of June, 2013** at **5:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena to Testify at a Deposition in a Civil Action, Witness Fe Check** with the date and hour of service endorsed thereon by me, to: **Paul Webb** at the address of: **6004 Driftwood Ct, Maineville, OH 45039**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
6/20/2013 8:30 pm   Attempted Personal Service. No answer at residence.

**Description** of Person Served:  Age: 70,  Sex: M,  Race/Skin Color: White,  Height: 5-11,  Weight: 190,  Hair: Gray,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Private Investigator, authorized to serve process in the judicial circuit in which the process was served.

Dale Dorning
Process Server

**Special Delivery**
**5470 L B J Freeway**
**Dallas, TX 75240**
**(214) 866-3271**

Our Job Serial Number: PRE-2013003077
Ref: 171-0512

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tristar Investors, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12-CV-499 |
| American Tower Corporation, et al. ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Northern District of Texas ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Mr. Paul Webb, 6004 Driftwood Court, Maineville, Ohio 45039

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Comfort Suites<br>5457 Kings Center Drive<br>Mason, Ohio 45040 | Date and Time:<br>07/10/2013 1:00 pm |
|---|---|

The deposition will be recorded by this method: __stenographically and by videotape.__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce:
   (1) all correspondence, whether maintained in hard copy or electronically, between you and Tristar Investors, Inc.; and
   (2) all witness statements you may have signed for Tristar Investors, Inc.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __06/20/2013__

*CLERK OF COURT*

OR _____/s/ Jennifer B-C_____

*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __American Tower Corporation, et al._____, who issues or requests this subpoena, are:
Jennifer Brooks-Crozier, Alston & Bird LLP, 2828 N. Harwood St., Ste. 1800, Dallas, TX 75201-2139, (214) 922-3465, jennifer.brooks-crozier@alston.com

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:12-CV-499

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named individual as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

\*\* SEE ATTACHED AFFIDAVIT \*\*\*

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: