AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:12-CV-499

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Rafael Tostado**
was received by me on *(date)* **June 20, 2013**.

☑ I served the subpoena by delivering a copy to the named individual as follows: **Rafael Tostado in person at 2901 W. Alton Gloor Blvd. in Brownsville, Cameron County, Texas** on *(date)* **June 25, 2013**

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **40.00**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **June 25, 2013**

*Server's signature*

**Oscar Ortega   Process Server #3155**
*Printed name and title*

**P.O. Box 6752, McAllen, TX 78502**
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Tristar Investors, Inc. ) | |
| *Plaintiff* ) | Civil Action No. 3:12-CV-499 |
| v. ) | |
| American Tower Corporation, et al. ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Northern District of Texas ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Mr. Rafael Tostado, 2901 West Alton Gloor Boulevard, Brownsville, Texas 78520

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Courtyard by Marriott<br>3955 North Expressway 77/83<br>Brownsville, Texas 78520 | Date and Time:<br>07/25/2013 9:00 am |
|---|---|

The deposition will be recorded by this method: __stenographically and by videotape.__

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce:
(1) all correspondence, whether maintained in hard copy or electronically, between you and Tristar Investors, Inc.; and
(2) all witness statements you may have signed for Tristar Investors, Inc.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 06/20/2013

CLERK OF COURT

_____   OR   _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __American Tower Corporation, et al.__, who issues or requests this subpoena, are:
Jennifer Brooks-Crozier, Alston & Bird LLP, 2828 N. Harwood St., Ste. 1800, Dallas, TX 75201-2139, (214) 922-3465, jennifer.brooks-crozier@alston.com