AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  3:12-CV-499

2013 JUL -2  PM 3: 04

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Ms. Suzanne Elliot

was received by me on *(date)*  06/21/2013

☒ I served the subpoena by delivering a copy to the named individual as follows:  **personally at the address listed on the Subpoena**

at 12:35 p.m.  on *(date)* 06/24/2013 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$    50.00

My fees are $                    for travel and $                    for services, for a total of $        0.00

I declare under penalty of perjury that this information is true.

Date:  06/24/2013

Kerri Klocko
*Server's signature*

KERRI Klocko  CPS# CA-611
*Printed name and title*

731 Entrada Ave.
*Server's address*
Sebring, FL 33875

Additional information regarding attempted service, etc:

Lisa Berish

Notary Public State of Florida
Lisa M Berish
My Commission DD921067
Expires 11/20/2013

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| Tristar Investors, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:12-CV-499 |
| American Tower Corporation, et al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of Texas                    ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

*KK*
*CA-611*
*06/24/2013*
*12:35 p.m.*

To:   Ms. Suzanne Elliot, 420 Helen Road, Wauchula, Florida, 33873

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Best Western Heritage Inn & Suites<br>2727 U.S. 17<br>Bowling Green, Florida 33834 | Date and Time:<br><br>07/01/2013 10:00 am |
|---|---|

The deposition will be recorded by this method:   stenographically and by videotape.

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce:
   (1) all correspondence, whether maintained in hard copy or electronically, between you and Tristar Investors, Inc.; and
   (2) all witness statements you may have signed for Tristar Investors, Inc.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   06/20/2013

*CLERK OF COURT*

OR _____

_____                    _____
   *Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    American Tower Corporation, et al. _____ , who issues or requests this subpoena, are:
Jennifer Brooks-Crozier, Alston & Bird LLP, 2828 N. Harwood St., Ste. 1800, Dallas, TX 75201-2139, (214) 922-3465, jennifer.brooks-crozier@alston.com