UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** | § |
| **Plaintiff,** | § |
| v. | § |
| **AMERICAN TOWER CORPORATION, et al.,** | § |
| **Defendants.** | § |
| **AMERICAN TOWER, LLC, et al.,** | § |
| **Counter-Plaintiffs,** | § |
| v. | § |
| **TRISTAR INVESTORS, INC., et al.,** | § |
| **Counter-Defendants.** | § |

## AGREED ORDER

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65), the parties have conferred regarding the following discovery issues and request an order from the Court regarding same. The Court enters the following order memorializing the parties' agreements.

The Court **ORDERS** Defendants to produce (or, if Defendants have already produced these documents, to identify them by Bates-label) by July 9, 2013 all form letters any Defendant sent to any of the landowners at the tower sites at issue, together with corresponding distribution lists, in a manner sufficient for Plaintiff to determine which landowners received which form letter(s).

The Court further **ORDERS** that by July 16, 2013:

- The Defendants will produce, to the extent such information and/or documents are kept in the ordinary course of business, a summary of Defendants' monthly or annual forecasted revenues and expenses (reflecting the future time period, increments, and individual revenue and expense categories for which Defendants maintain data and/or documents in the ordinary course) for each of the tower sites listed on TRI-01264414 for which Defendants maintain such forecasts; and

- The Defendants will produce the documents related to Defendants', their agents', and their representatives' communications (to the extent that such documents were maintained in the ordinary course by Defendants, their agents, and/or their representatives and are reasonably accessible) with government officials regarding removing, relocating, or replacing wireless communications towers or tower sites. Such documents will include, but not be limited to, applications for and/or approvals obtained for constructing a tower to replace an existing tower or to host carrier equipment as a replacement for equipment currently on an existing tower.

**SO ORDERED** on this 8th day of July, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| /s/   *Kyle D. Young* | /s/   *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | |
| | |
| *Attorneys for Plaintiff TriStar Investors, Inc.* | *Attorneys for Defendants/Counter-Plaintiffs* |

US 1963570v.2