AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   3:12-CV-499

# PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Mr. Santos Leal

was received by me on *(date)*   06/20/2013   .

☑ I served the subpoena by delivering a copy to the named individual as follows:  Delivered personally to

Mr. Santos Leal at 1326 Ft. Worth Ave., Dallas, TX 75208

_____   on *(date)*   07/02/2013   ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$       45.00       .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   07/08/2013   _____
                                              *Server's signature*

                                    Joe Clewis sch4129 exp 8/31/14 Texas Process Server
                                              *Printed name and title*

                                    5470 LBJ Freeway, Dallas, TX 75240
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev  06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Tristar Investors, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| American Tower Corporation, et al. | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.  3:12-CV-499

(If the action is pending in another district, state where:          )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Mr. Santos Leal, 1326 Fort Worth Avenue, Dallas, Texas 75208

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Alston & Bird LLP | Date and Time: |
|---|---|
| 2828 North Harwood Street, Suite 1800 Dallas, Texas 75201 | 07/26/2013 1:00 pm |

The deposition will be recorded by this method:   stenographically and by videotape.

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Please produce:
  (1) all correspondence, whether maintained in hard copy or electronically, between you and Tristar Investors, Inc.; and
  (2) all witness statements you may have signed for Tristar Investors, Inc.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   06/20/2013

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   American Tower Corporation, et al._____, who issues or requests this subpoena, are:
Jennifer Brooks-Crozier, Alston & Bird LLP, 2828 N. Harwood St., Ste. 1800, Dallas, TX 75201-2139, (214) 922-3465, jennifer.brooks-crozier@alston.com