IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § § Plaintiff, § § v. § § AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC § § § § § § § § § § § § Defendants. § § ——————————————— § § AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, § § § § § Counter-Plaintiffs, § § v. § § TRISTAR INVESTORS, INC., § § Counter-Defendant. § § | CIVIL ACTION NO. 3:12-cv-499 |

**JOINT NOTICE OF AGREEMENT TO MODIFY AMENDED SCHEDULING ORDER**

Pursuant to Paragraph 14 of the Amended Scheduling Order (Doc. 196), the parties hereby respectfully give notice to the Court that they have agreed to modify the Amended Scheduling Order as follows:

| DESCRIPTION | NEW DEADLINE | OLD DEADLINE | PARA. |
| --- | --- | --- | --- |
| Initial expert designation deadline | August 16, 2013 | August 30, 2013 | 5 |
| Depositions of initial experts designated shall be completed | September 6, 2013 | N/A | N/A |
| Responsive expert designation deadline | September 16, 2013 | October 11, 2013 | 6 |
| All expert discovery shall be completed | October 4, 2013 | October 11, 2013 | 9 |
| Each side may have 125 deposition hours (inclusive of experts) | N/A | N/A | 9 |

Respectfully submitted,

<div style="columns:2">

/s/ *Matthew R. Stammel*
William D. Sims, Jr.
 Texas Bar No. 18429500
Matthew R. Stammel
 Texas Bar No. 24010419
John D. Taurman
 Texas Bar No. 19680400
Kyle D. Young
 Texas Bar No. 24070899
Tyler J. Bexley
 Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
 Texas Bar No. 16642000
Stacey Neumann Vu
 Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc.*

/s/ *Jon G. Shepherd*
Jon G. Shepherd
 Texas State Bar No. 00788402
Courtney L. Sauer
 Texas State Bar No. 24066206
ALSTON & BIRD, LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Tel: 214.922.3400
Fax: 214.922.3899
jon.shepherd@alston.com
courtney.sauer@alston.com

David M. Rownd
 Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Tel: 312.344.7500
Fax: 312.580.2201
drownd@thompsoncoburn.com

Michael L. Nepple
 Missouri State Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants/Counter-Plaintiffs.*

</div>

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

                                                                             /s/ *Kyle D. Young*