# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **AMERICAN TOWER CORPORATION,** § | |
| et al., § | |
| § | |
| **Defendants.** § | |
| § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| § | |
| **AMERICAN TOWER, LLC, et al.,** § | |
| § | |
| **Counter-Plaintiffs,** § | |
| § | |
| v. § | |
| § | |
| **TRISTAR INVESTORS, INC., et al.,** § | |
| § | |
| **Counter-Defendants.** § | |
| § | |

## AGREED ORDER

Pursuant to the Court's November 1, 2012 Order and Discovery Protocol (Doc. 65), the parties have conferred regarding the following discovery issues and request an order from the Court regarding same. The Court enters the following order memorializing the parties' agreements.

The Court **ORDERS**:

- Defendants to withdraw their objections and serve complete responses to Interrogatories 1 and 2 in Plaintiff's Seventh Set of Interrogatories by August 7, 2013; and

- Plaintiff to withdraw their objections and serve complete responses to Interrogatories 1, 2, 3, and 5 in Defendants' Fifth Set of Interrogatories by August 7, 2013.

**SO ORDERED** on this 23rd day of July, 2013.

*Irma Carrillo Ramirez*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

| | |
|---|---|
| /s/ *Kyle D. Young* | /s/ *Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | |
| | |
| *Attorneys for Plaintiff TriStar Investors, Inc.* | *Attorneys for Defendants/Counter-Plaintiffs* |