IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC | § § § § § § § § § § § | CIVIL ACTION NO. 3:12-cv-499 |
| Defendants. | § | |
| | § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § | |
| Counter-Plaintiffs, | § | |
| v. | § | |
| TRISTAR INVESTORS, INC., | § | |
| Counter-Defendant. | § | |

SECOND JOINT NOTICE OF AGREEMENT TO
CHANGE SCHEDULING ORDER DEADLINES

Pursuant to Paragraph 14 of the Amended Scheduling Order (Doc. 196), the parties hereby give notice to the Court that they have agreed to change the following deadlines in

Paragraphs 5, 6 and 9 of the Scheduling Order (as amended by the parties' Joint Notice to the Court dated July 11, 2013) as follows:

| DESCRIPTION | NEW DEADLINE | OLD DEADLINE | PARA. |
|---|---|---|---|
| | | | |
| Initial expert designation deadline | August 20, 2013 | August 16, 2013 | 5 |
| Depositions of initial experts designated shall be completed | September 9, 2013 | September 6, 2013 | N/A |
| Responsive expert designation deadline | September 18, 2013 | September 16, 2013 | 6 |

Further, the parties hereby give notice that they have agreed that the deposition of third party Jeff Stoops may proceed on August 20, 2013.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew R. Stammel* | */s/ Michael L. Nepple* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | *Attorneys for Defendants/Counter-Plaintiffs.* |

*Attorneys for Plaintiff TriStar Investors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2013, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

                                                              */s/ Michael L. Nepple*