AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:12-CV-499

ORIGINAL

2013 AUG 12 AM 11: 35

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*



This subpoena for *(name of individual and title, if any)*   CROWN CASTLE INTERNATIONAL CORP
was received by me on *(date)*   08/07/2013   .

☒ I served the subpoena by delivering a copy to the named individual as follows: BY DELIVERING TO CROWN CASTLE INTERNATIONAL CORP BY DELIVERING TO ITS REGISTERED AGENT, CT CORPORATION SYSTEM C/O AGENT, MARIE GARCIA   on *(date)*   08/07/2013   ; or

☐ I returned the subpoena unexecuted because: and Tendered $45.00 witness fee

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/07/2013

*Server's signature*

ADIL TADLI (TEXAS PROCESS SERVER #SCH1206)
*Printed name and title*

5470 LBJ FREEWAY, SUITE 100
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| TriStar Investors, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:12-cv-499 |
| American Tower Corporation, et al. ) | |
| ) | (If the action is pending in another district, state where: |
| *Defendant* ) | Northern District of Texas ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Custodian of Records for Crown Castle International Corp., c/o its Registered Agent, CT Corporation System, 350 N. St. Paul St., Ste 2900, Dallas, TX 75201-4234

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
The authenticity and business records nature of the documents Crown Castle has produced in connection with the above-styled matter, Bates labeled CCIAMT0000001 – CCIAMT00815706 and any subsequent productions.

| Place: Alston & Bird LLP 2828 N. Harwood, Ste 1800 Dallas, TX 75201 | Date and Time: 08/19/2013 9:30 am |
|---|---|

The deposition will be recorded by this method: __stenographically and videotape__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: __08/07/2013__

*CLERK OF COURT*

OR  _____
_____                   *Attorney's signature*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* American Tower Corporation, et al. , who issues or requests this subpoena, are:

Courtney L. Gilbert, Alston & Bird LLP, 2828 N. Harwood Street, Suite 1800, Dallas, TX 75201
(214) 922-3454; courtney.gilbert@alston.com


ORIGINAL