**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS INC., AMERICAN TOWER | § | |
| GUARANTOR SUB, LLC, AMERICAN | § | |
| TOWER HOLDINGS SUB, LLC, | § | |
| AMERICAN TOWER ASSET SUB, LLC, | § | |
| AMERICAN TOWER SUB II, LLC, | § | |
| AMERICAN TOWER MANAGEMENT, | § | |
| LLC, AMERICAN TOWER L.P., and | § | |
| SPECTRASITE COMMUNICATIONS, LLC, | § | No. 3:12-cv-0499-M |
| | § | |
| Defendants. | § | |
| | § | |
| AMERICAN TOWER, LLC, | § | |
| SPECTRASITE COMMUNICATIONS, LLC, | § | |
| and AMERICAN TOWERS, LLC, | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Counter-Defendant. | § | |

**ORDER**

Before the Court is the 12(b)(6) Motion to Dismiss Counts III and IV of Tristar's First

Amended Complaint, or in the Alternative, Motion for a More Definite Statement under Rule

12(e) [Docket Entry #98], filed by Defendants American Tower Corporation, American Towers,

1

2

LLC, American Tower, LLC, American Towers, Inc., American Tower Guarantor Sub, LLC, American Tower Holding Sub, LLC, American Tower Asset Sub, LLC, American Tower Asset Sub II, LLC, American Tower Management, LLC, American Tower L.P., and SpectraSite Communications, LLC (collectively, "American Tower"). The Motion is **DENIED**.

    **SO ORDERED**.

August 15, 2013.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**