IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC | § | CIVIL ACTION NO. 3:12-cv-499 |
| | § | |
| Defendants. | § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Counter-Defendant. | § | |

**PLAINTIFF'S INITIAL DESIGNATION OF EXPERTS**

Pursuant to the Court's Amended Scheduling Order (Docket No. 196), the Joint Notice of Agreement to Modify Amended Scheduling Order filed July 11, 2013 (Docket No. 211), the Second Joint Notice of Agreement to Change Scheduling Order Deadlines (Docket No. 216) and

Federal Rule of Civil Procedure 26(a)(2), Plaintiff TriStar Investors, Inc. ("TriStar") hereby designates the following individuals as expert witnesses that will offer testimony and opinions in this case:

1. M. Ray Perryman
   The Perryman Group
   510 N. Valley Mills Drive, Suite 300
   Waco, Texas 76710-6076
   Telephone: (254) 751-9595

2. William Clift
   8115 Lawnview
   Alpharetta, GA  30022
   Telephone: (770) 594-1945

3. Kenneth S. Fellman
   Kissinger & Fellman, PC
   Ptarmigan Place, Suite 900
   3773 Cherry Creek North Drive
   Denver, CO  80209
   Telephone: (303) 320-6100

4. Gabriel M. Gelb
   2700 Post Oak Blvd., Suite 1400
   Houston, TX 77056
   Telephone: (713) 444-0790

5. William D. Sims, Jr.
   Vinson & Elkins LLP
   2001 Ross Ave, Suite 3700
   Dallas, TX 75201
   Telephone: (214) 220-7703

6. Bradley Benbrook
   Benbrook Law Group, PC
   400 Capitol Mall, Suite 1610
   Sacramento, CA 95814
   Telephone: (916) 447-4900

7. Keefe A. Brooks
   Brooks Wilkins Sharkey & Turco PLLC
   401 South Old Woodward, Suite 400
   Birmingham, MI 48009
   Telephone: (248) 971-1800

8. Susan MacDonald
    Nelson Mullins Riley & Scarborough, LLP
    3751 Robert Grissom Parkway, Suite 300
    Myrtle Beach, SC 29577
    Telephone: (843) 946-5654

9. Stephen Brooks
    Nelson Mullins Riley & Scarborough LLP
    201 17th Street NW, Suite 1700
    Atlanta, GA 30363
    Telephone: (404) 322-6272

10. Matt Newton
    TriStar Investors, Inc.
    c/o Matt Stammel,
    Vinson & Elkins LLP
    2001 Ross Ave, Suite 3700
    Dallas, TX 75201
    Telephone: (214) 220-7776

11. Ed Wallander
    TriStar Investors, Inc.
    c/o Matt Stammel,
    Vinson & Elkins LLP
    2001 Ross Ave, Suite 3700
    Dallas, TX 75201
    Telephone: (214) 220-7776

12. Mark Uminski
    TriStar Investors, Inc.
    c/o Matt Stammel,
    Vinson & Elkins LLP
    2001 Ross Ave, Suite 3700
    Dallas, TX 75201
    Telephone: (214) 220-7776

TriStar reserves the right to elicit expert testimony, or lay opinion testimony, at the time of trial from any qualified person that would assist the jury in determining material issues of fact pursuant to the Federal Rules of Civil Procedure. In addition, TriStar reserves the right to name or call as a witness any person designated as an expert witness by other parties. TriStar makes

no representation regarding the qualifications, conclusions and/or opinions of such experts designated by other parties, and reserves and does not waive its right to object as necessary or to challenge the relevance, qualifications, competency, reliability, methodology, mental impressions, opinions and conclusions of any witness designated by any other party.

TriStar reserves the right to designate additional experts or rebuttal experts as permitted by the Federal Rules of Civil Procedure. Further, TriStar specifically reserves the right to respond to and rebut any expert reports produced by Defendants or to rebut any other evidence presented by Defendants.

Dated: August 20, 2013

                              VINSON & ELKINS L.L.P.

                              /s/ *Tyler J. Bexley*
                              William D. Sims, Jr.
                                Texas Bar No. 18429500
                              Matthew R. Stammel
                                Texas Bar No. 24010419
                              John D. Taurman
                                Texas Bar No. 19680400
                              Kyle D. Young
                                Texas Bar No. 24070899
                              Tyler J. Bexley
                                Texas Bar No. 24073923
                              2001 Ross Avenue, Suite 3700
                              Dallas, Texas 75201
                              Tel: 214.220.7700
                              Fax: 214.220.7716
                              bsims@velaw.com
                              mstammel@velaw.com
                              jtaurman@velaw.com
                              kyoung@velaw.com
                              tbexley@velaw.com

                              Harry M. Reasoner
                                Texas Bar No. 16642000
                              Stacey Neumann Vu
                                Texas Bar No. 24047047
                              1001 Fannin Street, Suite 2500
                              Houston, Texas 77002
                              Tel: 713.758.2222
                              Fax: 713.758.2346
                              hreasoner@velaw.com
                              svu@velaw.com

                              *Attorneys for Plaintiff TriStar Investors, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2013, I electronically filed the foregoing Initial Designation of Experts with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

                                                /s/ *Tyler J. Bexley*