UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| TRISTAR INVESTORS, ICN <br> *Plaintiff* <br><br> v. <br><br> AMERICAN TOWER CORPORATION, et al. <br> *Defendant* | § <br> § <br> § <br> § <br> § Case No. 3:12-CV-499-M <br> § <br> § <br> § <br> § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Thompson Coburn LLP_____, with offices at

505 North 7th Street_____
(Street Address)

St. Louis_____ MO_____ 63101-1693_____
(City)                                                        (State)              (Zip Code)

(314) 552-6103_____.
(Telephone No.)

**II.**   Applicant will sign all filings with the name Mark Sableman_____.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

msableman@thompsoncoburn.com_____.
(E-mail Address)

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

> American Tower Corporation, American Towers LLC, American Towers, Inc., American Tower Guarantor Sub, LLC, American Tower Holding Sub, LLC, American Tower Asset Sub, LLC, American Tower Asset Sub II, LLC, American Tower Management, LLC, American Tower,L.P., and Spectrasite Communications, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of

Missouri_____, where Applicant regularly practices law.

Bar license number: 36276_____ Admission date: 1986_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:

---------------

V. Applicant has also been admitted to practice before the following courts:

Court:                          Admission Date:                 Active or Inactive:

PLEASE SEE ATTACHED "EXHIBIT A"

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Jon G. Shepherd of Alston & Bird, LLP _____ who has offices at

2828 North Harwood Street, Suite 1800 _____
(Street Address)

Dallas _____    TX _____    75201 _____
(City)                     (State)        (Zip Code)

(214) 922-3400 _____.
(Telephone No.)

XI. Check the appropriate box below.

    For Application in a **Civil Case**

        ☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

        ☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 23 day of August, 2013.

Mark Sableman
Printed Name of Applicant

*/s/ Mark Sableman*
Signature

# **EXHIBIT A**

| | | |
|---|---|---|
| US Court of Appeals for the Federal Circuit | 08/1995 | Active |
| US Supreme Court | 01/1990 | Active |
| Missouri | 10/1986 | Active |
| USDC Eastern District of Missouri | 11/1987 | Active |
| USDC Western District of Missouri | 08/2011 | Active |
| USDC Southern District of IL | 08/1987 | Active |
| USDC Northern District of IL | 12/1979 | Active |
| Central District of Illinois | 06/1993 | Active |
| US Court of Appeals – Seventh Circuit | 10/1981 | Active |
| US Court of Appeals – Eighth Circuit | 10/1983 | Active |
| US Court of Appeals – Fourth Circuit | 08/2002 | Active |
| US Court of Appeals – Ninth Circuit | 11/2010 | Active |
| Illinois | 11/1979 | Active |
| Florida | 06/1981 | Active |

✎ AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

*I,* __JAMES G. WOODWARD__ *, Clerk of this Court,*

*certify that* __Mark Sableman__ *, Bar #* __36276MO__ *,*

*was duly admitted to practice in this Court on*

__November 25, 1987__ *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __St. Louis, Missouri__ *on* __August 23, 2013__ .
LOCATION                           DATE

__/s/ James G. Woodward__          __/s/ Elizabeth A. Kirkland__
CLERK                              DEPUTY CLERK