IN THE UNITED STATES
DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| Plaintiff, | § | |
| vs. | § | Case Number: 3:12-CV-0499-M-BH |
| AMERICAN TOWER CORPORATION, ET AL., | § § | |
| Defendants. | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 28 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of MARK SABLEMAN.

It is ORDERED that:

☒ the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____8-28-13_____   _____[signature]_____
DATE                 PRESIDING JUDGE