## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § § Plaintiff, § § v. § § AMERICAN TOWER CORPORATION, § et al., § § Defendants. § §————————————————§ AMERICAN TOWER, LLC, et al., § § Counter-Plaintiffs, § § v. § § TRISTAR INVESTORS, INC., et al., § § Counter-Defendants. § § | CIVIL ACTION NO. 3:12-CV-499-M |

## STIPULATION REGARDING SCOPE OF EXPERT TESTIMONY

In order to avoid unnecessary deposition practice, the parties hereto stipulate that the expert testimony of William D. Sims, Jr. in this matter disclosed in his report dated August 20, 2013 will be limited to his opinion as to the reasonableness of the attorneys' fees incurred by Plaintiff and the Counterdefendants in this case and the various state court cases that Plaintiff contends are "sham litigation." Mr. Sims will not offer expert testimony about whether the various state court cases instituted by American Tower actually constitute "sham litigation."

00024740.1

**AGREED:**

  /s/     Matthew R. Stammel
William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc. and Counter-Defendants*

  /s/ Michael L. Nepple
Michael L. Nepple
  Missouri State Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com
*Admitted Pro Hac Vice*

David M. Rownd
  Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Tel: 312.344.7500
Fax: 312.580.2201
drownd@thompsoncoburn.com

Jon G. Shepherd
  Texas State Bar No. 00788402
Courtney L. Sauer
  Texas State Bar No. 24066206
ALSTON & BIRD, LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Tel: 214.922.3400
Fax: 214.922.3899
jon.shepherd@alston.com
courtney.sauer@alston.com

*Attorneys for Defendants/Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

      On September 3, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pre se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                     */s/ Michael L. Nepple*
                                                     Michael L. Nepple