**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC**<br><br>**Defendants.**<br>______________________________<br><br>**AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC,**<br><br>**Counter-Plaintiffs,**<br><br>**v.**<br><br>**TRISTAR INVESTORS, INC.,**<br><br>**Counter-Defendant.** | **§** | **CIVIL ACTION NO. 3:12-cv-499** |

**PLAINTIFF'S SUPPLEMENTAL DESIGNATION OF EXPERTS**

Pursuant to the Court's Amended Scheduling Order (Docket No. 196), the Joint Notice of Agreement to Modify Amended Scheduling Order filed July 11, 2013 (Docket No. 211), the Second Joint Notice of Agreement to Change Scheduling Order Deadlines (Docket No. 216) and

Federal Rule of Civil Procedure 26(a)(2), TriStar Investors, Inc. ("TriStar") and David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton (collectively with TriStar, the "TriStar Parties") hereby designate the following individuals, in addition to those individuals previously identified in TriStar's Initial Designation of Experts (Docket No. 225), as additional expert witnesses that will offer testimony and opinions in this case:

1. Erica Bramer
   The BVA Group LLC
   Granite Park Three
   5601 Granite Parkway
   Suite 740
   Plano, Texas 75024
   Telephone: (972) 377-0300

2. M. Ray Perryman
   The Perryman Group
   510 N. Valley Mills Drive, Suite 300
   Waco, Texas 76710-6076
   Telephone: (254) 751-9595

The TriStar Parties reserve the right to elicit expert testimony, or lay opinion testimony, at the time of trial from any qualified person that would assist the jury in determining material issues of fact pursuant to the Federal Rules of Civil Procedure. In addition, the TriStar Parties hereby designate and reserve the right to call as an expert any person designated as an expert witness at any time by any party. The TriStar Parties make no representation regarding the qualifications, conclusions and/or opinions of such experts designated by other parties, and reserve and do not waive their rights to object as necessary or to challenge the relevance, qualifications, competency, reliability, methodology, mental impressions, opinions and conclusions of any witness designated by any other party.

The TriStar Parties reserve the right to designate additional experts or rebuttal experts as permitted by the Federal Rules of Civil Procedure. Further, the TriStar Parties specifically reserve the right to respond to and rebut any expert reports produced by Defendants or to rebut any other evidence presented by Defendants.

Dated: September 18, 2013

VINSON & ELKINS L.L.P.

/s/ *Kyle D. Young*

William D. Sims, Jr.
Texas Bar No. 18429500
Matthew R. Stammel
Texas Bar No. 24010419
John D. Taurman
Texas Bar No. 19680400
Kyle D. Young
Texas Bar No. 24070899
Tyler J. Bexley
Texas Bar No. 24073923
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
Texas Bar No. 16642000
Stacey Neumann Vu
Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc., David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I electronically filed the foregoing Supplemental Designation of Experts with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

/s/ *Kyle D. Young*