UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TOWER CORPORATION, et al.,<br><br>Defendants.<br><br>AMERICAN TOWER, LLC, et al.,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>TRISTAR INVESTORS, INC., et al.,<br><br>Counter-Defendants. | §§§§§§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 3:12-CV-499-M |

## ORDER GRANTING JOINT MOTION
## TO CHANGE SCHEDULING ORDER DEADLINES

The Court, having reviewed the parties' Joint Motion to Change Scheduling Order Deadlines and Stipulation Regarding Authentication of Documents, hereby grants the motion and sets the following revised deadlines:

| DESCRIPTION | NEW DEADLINE | OLD DEADLINE | PARA. |
|---|---|---|---|
| Deadline for disclosure of exhibit lists pursuant to Rule 26(a)(3)(A)(iii), and a marked set of exhibits. | December 3, 2013 | January 7, 2014 | 8, 11(a)3 |
| Deadline to serve and file a list disclosing any objection, together with the grounds therefor, that may be made to the admissibility of materials identified under Rule 26(a)(3)(A)(iii), if any. | December 16, 2013 | January 14, 2014 | 8 |
| Deadline for disclosure of deposition designations pursuant to Rule 26(a)(3)(A)(ii). | December 3, 2013 | January 7, 2014 | 8, 11(a)3 |
| Deadline for parties to file a list of witnesses who may be called by each party in its case in chief. | December 17, 2013 | January 7, 2014 | 8, 11(a)2 |
| Deadline for parties' counter-designation of deposition testimony for the purpose of the rule of completeness pursuant to FRE 106 and/or Rule 32(a)(4). | December 20, 2013 | n/a | n/a |
| Deadline to serve and file a list disclosing any objections to the use under Rule 32(a) of a deposition designated by another party under Rule 26(a)(3)(A)(ii). | January 7, 2014 | January 14, 2014 | 8 |
| Fact discovery | January 10, 2014 (solely for the limited purpose of extending the parties' time to take depositions addressing objections (if any) to the admissibility of documents timely disclosed pursuant to Rule 26(a)(3)(A)(iii)) | August 19, 2013 | 9 |

Authentication Stipulation. The Court hereby takes judicial notice that the parties have stipulated to the authentication, pursuant to FRE 901, of all documents produced by any party to this matter, or produced by any non-party in response to a subpoena served in this matter.

SO ORDERED on this \_\_18\_\_ day of \_\_October\_\_, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

**AGREED:**

/s/ *Matthew R. Stammel*
William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for Plaintiff TriStar Investors, Inc. and TriStar Individuals*

/s/ *Michael L. Nepple*
Jon G. Shepherd
  Texas State Bar No. 00788402
Courtney L. Sauer
  Texas State Bar No. 24066206
ALSTON & BIRD, LLP
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Tel: 214.922.3400
Fax: 214.922.3899
jon.shepherd@alston.com
courtney.sauer@alston.com

David M. Rownd
  Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603
Tel: 312.344.7500
Fax: 312.580.2201
drownd@thompsoncoburn.com

Michael L. Nepple
  Missouri State Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants/Counter-Plaintiffs*