**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,**<br><br>    Plaintiff,<br><br>        v.<br><br>**AMERICAN TOWER CORPORATION, et al.,**<br><br>    Defendants. | |
| **AMERICAN TOWER, LLC, et al.,**<br><br>    Counter-Plaintiffs,<br><br>        v.<br><br>**TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAL MACKEY, and MATT NEWTON,**<br><br>    Counter-Defendants. | **CIVIL ACTION NO. 3:12-CV-499-M** |

**THE AMERICAN TOWER ENTITIES' OPPOSITION
TO THE RICO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Counter-Plaintiffs American Tower, LLC, SpectraSite Communications, LLC, and American Towers, LLC, (referred to herein collectively as the "American Tower Entities" or "American Tower") pursuant to Federal Rule of Civil Procedure 56 and Local Rules 56 and 7, file this Opposition to TriStar Individuals' Motion for Summary Judgment (RICO Claims) (Doc. # 238) (the "RICO Defendants' Motion for Summary Judgment"). As set forth in The American Tower Entities' Brief in Support of Their Opposition to the RICO Defendants' Motion

for Summary Judgement, filed herewith and incorporated by reference, the RICO Defendants' motion for summary judgment should be denied in its entirety for the following reasons:

## SUMMARY

The RICO Defendants' motion for summary judgment and accompanying brief do not contest American Tower's ability to make a submissible case as to the requirements of 18 U.S.C. §§ 1962(c) and (d), including the ability of American Tower to prove the requisite acts of mail and wire fraud.  Instead, the RICO Defendants argue that the Court should grant summary judgment in their favor because: (1) the RICO Defendants' use of a legitimate enterprise to conduct their fraudulent scheme makes American Tower's claims fall outside the intended purpose of RICO; (2) American Tower's damages are not "RICO injuries"; and (3) American Tower's damages were not "proximately caused" by the RICO Defendants' racketeering violations.

As fully set forth in American Tower's accompanying brief, each of these three arguments fails.  First, both Congress and controlling Supreme Court precedent have made clear that RICO is to be read broadly, liberally construed to effectuate its remedial purposes, and that RICO reaches criminal activity performed by a legitimate enterprise.  Second, the injuries alleged by American Tower are recoverable RICO injuries under the law, and any dispute raised by the RICO Defendants regarding these injuries does nothing more than indicate a genuine dispute as to a material fact for trial.  Finally, the RICO injuries sustained by American Tower were proximately caused by the RICO Defendants' racketeering violations, which intentionally and directly targeted American Tower, and the evidence adduced by American Tower makes clear there is a genuine issue of material fact appropriate for trial.

Because the RICO Defendants' summary judgment arguments regarding American Tower's § 1962 (d) claim rely solely on their arguments addressed above, their motion as to § 1962 (d) also fails.

The matters required by Local Rule 56.4(a)(2) are set forth in the accompanying American Tower Entities' Brief in Support of Their Opposition to the RICO Defendants' Motion for Summary Judgement.

WHEREFORE, the American Tower Entities respectfully request that this Court deny the TriStar Individuals' Motion for Summary Judgment as to the American Tower Entities' RICO claims, and grant any further and additional relief this Court deems appropriate.

Date: Oct. 24, 2013                                            Respectfully submitted,


                                                              */s/ Jon G. Shepherd*
Jon G. Shepherd
Texas State Bar No. 00788402
Courtney L. Gilbert
Texas State Bar No. 24066026
ALSTON & BIRD, LLP
2828 N. Harwood Street, Ste. 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
jon.shepherd@alston.com
courtney.gilbert@alston.com

David M. Rownd
Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 E. Monroe Street, 37th floor
Chicago, IL 60603
Telephone: (312) 580-2311
Facsimile: (312) 580-2201
drownd@thompsoncoburn.com
*Admitted Pro Hac Vice*

        Michael L. Nepple
        Missouri State Bar No. 42082
        Edwin G. Harvey
        Missouri State Bar No. 30565
        THOMPSON COBURN, LLP
        One US Bank Plaza
        St. Louis, MO 63101
        Telephone: (314) 552-6149
        Facsimile: (314) 552-7000
        mnepple@thompsoncoburn.com
        *Admitted Pro Hac Vice*

        Andrew Fishkin
        New York State Bar No. 2234714
        Fishkin Lucks LLP
        The Legal Center
        One Riverfront Plaza, Ste. 220
        Newark, NJ 07102
        Telephone: (973) 679-4428
        Facsimile: (973) 679-4435
        *Admitted Pro Hac Vice*

        COUNSEL FOR DEFENDANTS/
        COUNTER-PLAINTIFFS

## CERTIFICATE OF SERVICE

On October 24, 2013, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/ Jon G. Shepherd*
                                                 Jon G. Shepherd