UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **AMERICAN TOWER CORPORATION,** | § | |
| **et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **CIVIL ACTION NO. 3:12–CV–499–M** |
| | § | |
| **AMERICAN TOWER, LLC, et al.,** | § | |
| | § | |
| **Counter–Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| **TRISTAR INVESTORS, INC., et al.,** | § | |
| | § | |
| **Counter–Defendants.** | § | |
| | § | |

## TRISTAR'S COUNTER-DESIGNATIONS OF DEPOSITION EXCERPTS

TriStar Investors, Inc., David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton (collectively, "TriStar") hereby serve their counter-designations and optional completeness designations of deposition excerpts in response to the American Tower Entities' Designation of Deposition Excerpts as follows:

1.      **Excerpts from April 3, 2013 Deposition of John Armour**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 38:15 – 38:24 | 38:15 – 38:24 |
| 73:07 – 73:15 | 73:07 – 73:15 |
| 100:13 – 100:24 | 100:13 – 100:24 |
| 186:01 – 186:12 | 186:01 – 186:12 |
| 195:15 – 195:18 | 195:15 – 195:18 |
| 196:05 – 197:11 | 196:05 – 197:11 |
| 197:25 – 198:01 | 197:25 – 198:01 |
| 202:03 – 202:11 | 202:03 – 202:11 |
| 218:10 – 218:17 | 218:10 – 218:17 |
| 219:06 – 219:20 | 219:06 – 219:20 |
| 235:24 – 236:03 | 235:24 – 236:03 |
| 236:12 – 236:22 | 236:12 – 236:22 |
| 260:10 – 261:10 | 260:10 – 261:10 |
| 262:06 – 262:11 | 262:06 – 262:11 |
| 265:18 – 266:06 | 265:18 – 266:06 |
| 266:11 – 266:14 | 266:11 – 266:14 |
| 269:12 – 269:15 | 269:12 – 269:15 |
| 272:23 – 273:07 | 272:23 – 273:07 |
| 273:15 – 273:22 | 273:15 – 273:22 |
| 280:03 – 280:11 | 280:03 – 280:11 |
| 294:07 – 294:09 | 294:07 – 294:09 |
| 298:09 – 298:12 | 298:09 – 298:12 |

2.      **Excerpts from June 14, 2013 Deposition of Chris Bluemle**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 8:12 – 8:21 | 8:12 – 8:21 |
| 37:16 – 37:20 | 37:16 – 37:20 |
| 53:17 – 53:19 | 53:17 – 53:19 |
| 53:23 – 54:1 | 53:23 – 54:1 |

3.      **Excerpts from February 20-21, 2013 Deposition of Mark Cogley**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
| --- | --- |
| 28:10 – 28:18 | 74:21 – 74:25 |
| 31:02 – 31:07 | 78:22 – 78:25 |
| 33:17 – 34:06 | 79:06 – 79:10 |
| 57:22 – 58:09 | 79:14 – 79:22 |
| 59:22 – 60:15 | 79:24 – 79:25 |
| 74:21 – 74:25 | 80:05 – 80:09 |
| 78:22 – 78:25 | 99:12 – 99:14 |
| 79:06 – 79:10 | 116:14 – 116:23 |
| 79:14 – 79:22 | 117:17 – 118:14 |
| 79:24 – 79:25 | |
| 80:05 – 80:09 | |
| 92:02 – 92:04 | |
| 98:17 – 98:19 | |
| 99:12 – 99:14 | |
| 116:14 – 116:23 | |
| 117:17 – 118:14 | |
| 152:15 – 152:20 | |

4.      **Excerpts from February 20, 2013 Deposition of Connie Cowan**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
| --- | --- |
| 57:16 – 58:18 | |
| 58:23 – 59:04 | |
| 60:18 – 60:21 | |
| 61:12 – 62:14 | |
| 63:18 – 63:24 | |

5.      **Excerpts from February 21, 2013 Deposition of Spencer Davis**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
| --- | --- |
| 9:22 – 10:10 | 43:05 – 43:10 |
| 10:22 – 11:04 | 74:01 – 74:06 |
| 16:16 – 16:19 | |
| 17:01 – 17:04 | |

| | |
|---|---|
| 20:13 – 20:20 | |
| 43:05 – 43:10 | |
| 53:15 – 53:25 | |
| 74:01 – 74:06 | |
| 95:20 – 96:04 | |
| 98:15 – 98:24 | |

6.   **Excerpts from June 11, 2013 Deposition of Ronald Dykes**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 101:02 – 101:06 | 101:02 – 101:06 |

7.   **Excerpts from June 27, 2013 Deposition of James Fleming**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 9:19 – 10:17 | |
| 12:23 – 13:10 | |
| 17:11 – 17:18 | |
| 18:1 – 18:20 | |
| 18:22 – 18:25 | |
| 24:2 – 25:5 | |
| 25:8 – 25:9 | |
| 25:11 – 26:3 | |
| 66:6 – 66:9 | |
| 66:11 – 66:16 | |

8.   **Excerpts from May 17, 2013 Deposition of Dale Gilardi**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 41:21 – 42:01 | 41:21 – 42:01 |
| 42:23 – 43:01 | 42:23 – 43:01 |
| 62:12 – 62:17 | 62:12 – 62:17 |
| 65:01 – 65:08 | 65:01 – 65:08 |
| 84:04 – 84:10 | 84:04 – 84:10 |
| 103:05 – 103:05 | 103:05 – 103:05 |
| 103:17 – 103:18 | 103:17 – 103:18 |

| | |
|---|---|
| 105:25 – 106:11 | 105:25 – 106:11 |
| 110:25 – 111:02 | 110:25 – 111:02 |
| 144:08 – 144:09 | 144:08 – 144:09 |
| 149:04 – 149:06 | 149:04 – 149:06 |
| 150:01 – 150:04 | 150:01 – 150:04 |
| 166:08 – 166:09 | 166:08 – 166:09 |
| 166:22 – 167:08 | 166:22 – 167:08 |
| 182:06 – 182:16 | 182:06 – 182:16 |
| 193:05 – 194:05 | 193:05 – 194:05 |
| 194:21 – 194:24 | 194:21 – 194:24 |
| 208: 19 – 208:20 | 208: 19 – 208:20 |
| 227:17 – 228:08 | 227:17 – 228:08 |
| 235:10 – 235:20 | 235:10 – 235:20 |

**9.      Excerpts from August 7, 2013 Deposition of Bob Giles**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 9:23 – 9:24 | 94:01 – 94:07 |
| 15:19 – 16:04 | 165:24 – 166:07 |
| 16:17 – 17:01 | 166:14 – 166:16 |
| 19:08 – 19:16 | 167:06 – 167:08 |
| 20:07 – 20:15 | |
| 20:20 – 20:24 | |
| 21:002 – 21:10 | |
| 22:01 – 22:12 | |
| 25:02 – 25:04 | |
| 33:15 – 33:17 | |
| 34:01 – 34:04 | |
| 38:21 – 39:09 | |
| 42:06 – 42:18 | |
| 57:02 – 57:07 | |
| 76:18 – 77:10 | |
| 81:13 – 82:9 | |
| 94:01 – 94:07 | |
| 117:08 – 117:16 | |
| 151:25 – 153:03 | |
| 165:24 – 166:07 | |
| 166:14 – 166:16 | |
| 167:06 – 167:08 | |

| | |
|---|---|
| 170:01 – 170:04 | |
| 170:12 – 170:14 | |
| 170:23 – 171:09 | |
| 171:19 – 172:08 | |
| 173:23 – 174:07 | |
| 177:06 – 178:01 | |
| 178:03 – 178:03 | |
| 178:05 – 179:22 | |
| 179:24 – 180:04 | |
| 205:10 – 206:07 | |
| 249:20 – 250:08 | |

**10.   Excerpts from August 7, 2013 Deposition of Jon Hollerman**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 15:15 – 16:04 | 21:01 – 21:09 |
| 16:12 – 17:04 | 95:05 – 95:15 |
| 17:15 – 17:21 | 99:20 – 99:23 |
| 21:01 – 21:09 | 100:17 – 100:21 |
| 82:09 – 82:14 | 101:20 – 101:24 |
| 95:05 – 95:15 | 104:11 – 104:13 |
| 99:20 – 99:23 | 104:15 – 104:22 |
| 100:17 – 100:21 | 112:22 – 113:05 |
| 101:20 – 101:24 | 115:17 – 115:20 |
| 104:11 – 104:13 | 119:17 – 119:23 |
| 104:15 – 104:22 | 120:11 – 120:16 |
| 112:22 – 113:05 | 162:18 – 162:22 |
| 115:17 – 115:20 | 163:04 – 163:07 |
| 119:17 – 119:23 | 163:16 – 163:19 |
| 120:11 – 120:16 | 175:02 – 175:05 |
| 162:18 – 162:22 | 175:09 – 175:11 |
| 163:04 – 163:07 | 214:12 – 214:14 |
| 163:16 – 163:19 | 240:08 – 241:05 |
| 175:02 – 175:05 | |
| 175:09 – 175:11 | |
| 214:12 – 214:14 | |
| 240:08 – 241:05 | |

**11.** **Excerpts from April 10, 2013 Deposition of David Hull**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 35:21 – 36:3 | 58:19 – 59:5 |
| 41:13 – 41:14 | |
| 42:15 – 42:23 | |
| 42:25 – 43:17 | |
| 51:2 – 51:12 | |
| 52:19 – 52:23 | |
| 58:19 – 59:5 | |
| 59:20 – 59:22 | |
| 59:24  – 60:4 | |
| 62:13 – 62:19 | |
| 72:12 – 73:11 | |
| 78:24 – 79:4 | |
| 86:5 – 86:12 | |
| 86:14 – 86:24 | |
| 96:16 – 96:19 | |
| 96:21 – 96:25 | |
| 97:2 – 97:4 | |
| 112:14 – 112:19 | |
| 113:16 – 114:3 | |
| 114:20 – 115:1 | |
| 115:10 – 115:14 | |
| 115:21 – 116:8 | |
| 133:18 – 134:11 | |
| 135:8 – 135:12 | |
| 136:12 – 136:14 | |
| 157:19 – 158:1 | |
| 204:14 – 206:14 | |

**12.** **Excerpts from March 19, 2013 Deposition of Mark Kearns**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| | 31:08 – 31:24 |

13.    **Excerpts from June 26, 2013 Deposition of Phillip Kelley**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 44:06 – 44:16 | 15:19 – 16:02 |
| 54:23 – 55:17 | 17:02 – 17:09 |
| 78:09 – 78:11 | 32:12 – 33:09 |
| 78:13 – 79:03 | 45:16 – 45:25 |
| 92:10 – 92:13 | 55:21 – 55:24 |
| 92:15 – 92:20 | 74:25 – 75:07 |
| 97:12 – 97:20 | |
| 99:17 – 102:04 | |

14.    **Excerpts from May 16, 2013 Deposition of John Lemmon**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 10:24 – 11:16 | 10:24 – 11:16 |
| 12:06 – 12:11 | 12:06 – 12:11 |
| 14:10 – 14:18 | 14:10 – 14:18 |
| 47: 08 – 47:09 | 47: 08 – 47:09 |
| 71:18 – 71:25 | 71:18 – 71:25 |
| 72:10 – 72:18 | 72:10 – 72:18 |
| 76:14 – 76:15 | 76:14 – 76:15 |
| 76:17 – 76:23 | 76:17 – 76:23 |
| 82:20 – 82:21 | 82:20 – 82:21 |
| 92:10 – 92:11 | 92:10 – 92:11 |
| 92:13 – 92:21 | 92:13 – 92:21 |
| 100:19 – 101:02 | 100:19 – 101:02 |
| 101:23 – 102:04 | 101:23 – 102:04 |
| 103:19 – 103:22 | 103:19 – 103:22 |
| 103:25 – 104:07 | 103:25 – 104:07 |
| 105:19 – 106:06 | 105:19 – 106:06 |
| 106:14 – 106:16 | 106:14 – 106:16 |
| 112:05 – 112:15 | 112:05 – 112:15 |
| 116: 04 – 116:05 | 116: 04 – 116:05 |
| 172:11 – 172:14 | 172:11 – 172:14 |
| 175:10 – 175:19 | 175:10 – 175:19 |
| 176:01 – 176:19 | 176:01 – 176:19 |
| 181:12 – 181:18 | 181:12 – 181:18 |

**15.    Excerpts from May 2, 2013 Deposition of Richard Lukaj**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 43:02 – 44:12 | 24:06 – 24:15 |
| 44:14 – 45:08 | 38:19 – 39:05 |
| 180:10 – 181:14 | 39:14 – 39:20 |
| 181:16 – 182:05 | 58:23 – 59:03 |
| 182:18 – 185:04 | 59:05 – 59:13 |
| 185:10 – 187:09 | 63:16 – 63:22 |
| 187:13 – 189:20 | 68:10 – 68:18 |
| 189:22 – 190:07 | 69:02 – 69:11 |
| 190:11 – 191:25 | 69:22 – 69:24 |
| 192:04 – 193:20 | 70:02 – 70:05 |
| 194:06 – 195:11 | 95:22 – 96:02 |
| 196:18 – 197:09 | 96:10 – 96:13 |
| 198:01 – 200:25 | 104:10 – 104:19 |
| 207:12 – 207:18 | 115:16 – 115:19 |
| 207:25 – 208:12 | 127:03 – 127:23 |
| 208:18 – 208:23 | 138:14 – 139:04 |
| 211:18 – 216:06 | 155:11 – 155:21 |
| 216:10 – 217:14 | |
| 218:16 – 219:24 | |
| 220:02 – 221:03 | |
| 221:05 – 221:21 | |
| 221:23 – 222:24 | |
| 223:01 – 223:06 | |

**16.    Excerpts from April 19. 2013 Deposition of Alexander Macheras**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| | 8:19 – 9:15 |

**17.    Excerpts from March 28, 2013 Deposition of Michael Mackey**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 25:05 – 26:09 | 260:06 – 260:13 |
| 26:11 – 26:16 | 263:12 – 263:15 |
| 27:23 – 29:25 | |
| 30:02 – 30:09 | |
| 36:13 – 37:23 | |
| 43:20 – 44:14 | |
| 46:06 – 46:18 | |
| 48:23 – 49:13 | |
| 57:03 – 57:05 | |
| 61:17 – 61:25 | |
| 62:19 – 63:11 | |
| 63:14 – 64:07 | |
| 82:25 – 83:07 | |
| 84:09 – 85:01 | |
| 120:13 – 120:23 | |
| 125:07 – 125:21 | |
| 130:19 – 130:23 | |
| 154:22 – 155:11 | |
| 179:11 – 180:11 | |
| 244:14 – 245:20 | |
| 260:06 – 260:13 | |
| 263:12 – 263:15 | |

**18.    Excerpts from February 21, 2013 Deposition of Rodney Marcum**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 9:15 – 9:18 | |
| 20:18 – 20:21 | |
| 20:23 – 22:04 | |
| 23:16 – 23:18 | |
| 23:20 – 24:04 | |
| 24:06 – 24:18 | |
| 28:10 – 28:18 | |
| 45:23 – 45:25 | |
| 46:08 – 46:24 | |
| 47:01 – 47:06 | |

| | |
|---|---|
| 49:16 – 49:24<br>50:10 – 52:11<br>53:05 – 53-20 | |

**19.** **Excerpts from February 21, 2013 Deposition of Vicki Mastalski**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 9:02 – 9:04<br>9:17 – 9:19<br>12:13 – 12:19<br>12:22 – 13:05<br>15:24 – 16:04<br>19:24 – 20:05<br>49:12 – 49:22<br>52:21 – 52:25 | 52:21 – 52:25 |

**20.** **Excerpts from June 26, 2013 Deposition of Benjamin Moreland**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 16:09 – 16:12<br>16:14 – 16:17<br>24:21 – 26:18<br>27:20 – 29:23<br>30:23 – 32:09<br>41:23 – 43:15<br>48:09 – 48:20<br>48:23 – 49:15<br>50:01 – 51:04<br>52:16 – 53:01<br>57:03 – 57:19<br>81:12 – 82:22 | 17:08 – 18:04<br>18:24 – 19:03<br>21:05 – 21:22<br>23:03 – 23:11<br>30:16 – 30:21<br>55:06 – 55:09<br>58:25 – 59:03<br>74:05 – 74:12<br>79:13 – 79:23<br>80:05 – 80:10<br>88:05 – 88:08 |

**21.**   **Excerpts from July 23, 2013 Deposition of Matt Newton**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 23:01 – 23:01 | 38:16 – 39:03 |
| 23:03: – 23:14 | 75:15 – 76:07 |
| 38:16 – 39:03 | 121:10 – 121:20 |
| 75:14 – 76:07 | 123:02 – 123:06 |
| 121:10 – 121:20 | 135:07 – 135:19 |
| 123:02 – 123:06 | 145:22 – 146:02 |
| 135:07 – 135:19 | 161:19 – 162:04 |
| 145:22 – 146:02 | 168:19 – 169:09 |
| 149:09 – 149:24 | 181:25 – 182:07 |
| 150:09 – 151:06 | 210:07 – 211:15 |
| 161:19 – 162:04 | 215:15 – 215:24 |
| 168:19 – 169:09 | 222:08 – 222:21 |
| 181:25 – 182:07 | 224:14 – 224:22 |
| 197:8 – 197:16 | 225:08 – 225:11 |
| 215:15 – 215:24 | 228:16 – 228:16 |
| 215:25 – 216: 17 | 245:24 – 246:07 |
| 217:07 – 217:17 | 255:18 – 256:14 |
| 222:08 – 222:21 | |
| 224:14 – 224:22 | |
| 225:08 – 225:11 | |
| 228:16 – 228:16 | |
| 229:11 – 229:24 | |
| 235:14 – 238:03 | |
| 242:25 – 243:25 | |
| 245:24 – 246:07 | |
| 255:09 – 255:11 | |
| 255:18 – 256:14 | |
| 259:06 – 260:11 | |
| 265:09 – 265:13 | |
| 293:11 – 294:02 | |

**22.**   **Excerpts from April 16, 2013 Deposition of Christina Pushic**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 42:5 – 42:23 | 45:21 – 46:01 |
| 44:01 – 44:11 | 46:17 – 46:24 |

| | |
|---|---|
| 45:21 – 46:01 | |
| 46:17 – 46:24 | |
| 77:21 – 78:11 | |

**23.    Excerpts from February 21, 2013 Deposition of Terry Robinson**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 8:24 – 9:09 | 57:10 – 57:18 |
| 18:01 – 19:19 | |
| 19:21 – 20:02 | |
| 20:04 – 20:04 | |
| 20:13 – 20:22 | |
| 24:04 – 24:08 | |
| 31:24 – 32:05 | |
| 32:09 – 32:14 | |
| 36:10 – 36:23 | |
| 39:18 – 40:04 | |
| 40:11 – 40:23 | |
| 41:13 – 40:18 | |
| 42:16 – 42:23 | |
| 43:06 – 43:14 | |
| 65:02 – 66:09 | |
| 70:25 – 71:07 | |
| 71:15 – 71:18 | |
| 72:08 – 72:18 | |

**24.    Excerpts from April 18, 2013 Deposition of Daniel Rosen**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 5:9 – 5:14 | |
| 13:9 – 13:16 | |
| 113:4 – 113:11 | |
| 114:20 – 115:7 | |
| 116:23 – 117:3 | |
| 121:9 – 121:15 | |

25. **Excerpts from July 31, 2013 Deposition of Jonathan Rotolo**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 35:6 – 36:16 | |
| 40:18 – 41:16 | |
| 81:4 – 81:7 | |
| 89:25 – 90:5 | |
| 90:10 – 90:23 | |
| 90:25 – 91:2 | |

26. **Excerpts from June 18, 2013 Deposition of Windle Skipper**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 13:19 – 14:01 | 8:02 – 8:08 |
| 14:13 – 14:21 | 22:20 – 23:11 |
| 15:02 – 16:12 | 27:06 – 27:10 |
| 20:16 – 21:10 | 45:09 – 45:13 |
| 33:12 – 34:01 | 45:15 – 45:21 |

27. **Excerpts from August 20, 2013 Deposition of Jeffrey A. Stoops**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 9:08 – 10:10 | 25:18 – 26:02 |
| 49:01 – 50:05 | 31:12 – 31:16 |
| 60:07 – 60:25 | 31:18 – 31:18 |
| 83:22 – 84:03 | 39:11 – 39:13 |
| 85:10 – 86:21 | 76:09 – 76:13 |
| 87:16 – 87:24 | 97:24 – 98:05 |
| 114:22 – 114:25 | 110:12 – 110:13 |
| 118:09 – 118:22 | 110:15 – 110:15 |
| 118:24 – 119:17 | 122:17 – 122:19 |
| 132:23 – 132:25 | 129:24 – 130:03 |
| 133:02 – 133:03 | |
| 133:05 – 133:17 | |
| 137:25 – 142:14 | |
| 142:25 – 147:06 | |
| 147:11 – 147:14 | |

| | |
|---|---|
| 147:17 – 148:20 | |
| 149:22 – 150:01 | |
| 150:10 – 150:14 | |
| 151:03 – 152:06 | |
| 152:12 – 152:19 | |
| 157:23 – 159:17 | |
| 160:01 – 161:08 | |

28. **Excerpts from April 17, 2013 Deposition of Jerry Vogl**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 91:13 – 91:21 | 91:13 – 91:21 |
| 91:25 – 92:04 | 91:25 – 92:04 |
| 92: 09 – 92:22 | 92: 09 – 92:22 |
| 101:19 – 103:01 | 101:19 – 103:01 |
| 168:03 – 168:10 | 168:03 – 168:10 |
| 194:20 – 194 25 | 194:20 – 194 25 |
| 198:16 – 199:05 | 198:16 – 199:05 |
| 200:11 – 201:10 | 200:11 – 201:10 |
| 201:21 – 202:04 | 201:21 – 202:04 |
| 203:18 – 203:25 | 203:18 – 203:25 |
| 204:01 – 204:11 | 204:01 – 204:11 |
| 205:07 – 206:5 | 205:07 – 206:5 |
| 228:07 – 228:11 | 228:07 – 228:11 |
| 228:14 – 228:18 | 228:14 – 228:18 |
| 231: 20 – 231:25 | 231: 20 – 231:25 |
| 232:01 – 232:07 | 232:01 – 232:07 |
| 233:25 – 234:10 | 233:25 – 234:10 |
| 235:06 – 235:09 | 235:06 – 235:09 |
| 235: 14 – 235:19 | 235: 14 – 235:19 |
| 236:10 – 236: 21 | 236:10 – 236: 21 |
| 237:20 – 238:01 | 237:20 – 238:01 |
| 238:09 – 239:09 | 238:09 – 239:09 |
| 242:11 – 243:06 | 242:11 – 243:06 |
| 291:04 – 291:07 | 291:04 – 291:07 |
| 295:24 – 296:15 | 295:24 – 296:15 |

**29.**   **Excerpts from April 2, 2013 Deposition of Edward Wallander**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 21:17 – 22:05 | 53:21 – 54:13 |
| 27:17 – 28:08 | 68:18 – 68:20 |
| 38:01 – 40:17 | 68:23 – 69:07 |
| 52:11 – 53:03 | 74:23 – 74:25 |
| 53:21 – 54:13 | 82:20 – 82:21 |
| 68:18 – 68:20 | 82:25 – 83:10 |
| 68:23 – 69:07 | 178:23 – 179:2 |
| 74:23 – 74:25 | 191:11 – 191:12 |
| 82:20 – 82:21 | |
| 82:24 – 83:10 | |
| 83:11 – 84:02 | |
| 100:13 – 101:4 | |
| 141:10 – 143:24 | |
| 159:7 – 159:24 | |
| 162:8 – 162:18 | |
| 178:23 – 179:02 | |
| 191:11 – 191:12 | |
| 197:23 – 198:03 | |
| 259:16 – 260:05 | |

**30.**   **Excerpts from April 18, 2013 Deposition of George Zaharis**

| COUNTER-DESIGNATIONS | OPTIONAL COMPLETENESS |
|---|---|
| 14:25 – 16:06 | 38:01 – 38:04 |
| 21:06 – 21:15 | 46:14 – 46:19 |
| 22:12 – 22:17 | 48:15 – 49:02 |
| 24:19 – 25:08 | 94:18 – 94:23 |
| 32:11 – 32:24 | 101:03 – 1010:06 |
| 38:01 – 38:04 | 116:13 – 116:17 |
| 38:05 – 38:12 | 126:09 – 126:15 |
| 46:14 – 46:19 | 128:18 – 128:25 |
| 48:15 – 49:02 | 138:17 – 139:02 |
| 68:20 – 68:25 | 139:04 – 139:06 |
| 69:02 – 69:06 | 140:22 – 141:03 |
| 69:08 – 69:12 | 141:05 – 141:16 |
| 69:24 – 70:05 | 161:07 – 161:08 |

| | |
|---|---|
| 70:07 – 70:10 | 196:20 – 192:25 |
| 94:18 – 94:23 | |
| 101:03 – 101:06 | |
| 107:05 – 107:11 | |
| 107:14 – 107:22 | |
| 113:16 – 113:20 | |
| 113:22 – 114:01 | |
| 114:03 – 114:12 | |
| 116:13 – 116:17 | |
| 118:05 – 118:18 | |
| 120:24 – 121:18 | |
| 126:09 – 126:15 | |
| 128:18 – 128:25 | |
| 129:06 – 129:15 | |
| 129:17 – 129:19 | |
| 131:15 – 131:21 | |
| 138:17 – 139:02 | |
| 139:04 – 139:06 | |
| 140:22 – 141:03 | |
| 141:05 – 141:16 | |
| 161:07 – 161:08 | |
| 196:20 – 192:25 | |

VINSON & ELKINS L.L.P.

  /s/ Matthew R. Stammel
William D. Sims, Jr.
  Texas Bar No. 18429500
Thomas S. Leatherbury
  Texas Bar No. 12095275
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
tleatherbury@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for TriStar Investors, Inc.
and TriStar Individuals*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2013, I served a true and accurate copy of the foregoing document on counsel for Defendants by email.

      /s/ Kyle D. Young

**TRISTAR'S COUNTER-DESIGNATIONS OF DEPOSITION EXCERPTS – Page 18**
US 2221092