UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **TRISTAR INVESTORS, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **AMERICAN TOWER CORPORATION,** § | |
| et al., § | |
| § | **CIVIL ACTION NO. 3:12-CV-499-M** |
| Defendants. § | |
| § | |
| § | |
| **AMERICAN TOWER, LLC, et al.,** § | |
| § | |
| Counter-Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **TRISTAR INVESTORS, INC., et al.,** § | |
| § | |
| Counter-Defendants. § | |

### STIPULATION OF DISMISSAL OF PLAINTIFF'S COUNT VII

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff TriStar Investors, Inc. voluntarily dismisses with prejudice Count VII of the Second Amended Complaint, which asserted a cause of action for breach of contract. TriStar and American Tower reached an agreement resolving this claim on January 17, 2014. The parties' agreement does not affect any of the remaining claims or counterclaims asserted by any party. The American Tower Defendants consent to TriStar's dismissal. Each party shall bear their own costs and fees with respect to Count VII.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew R. Stammel* | /s/ *Jon G. Shepherd* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 | Texas Bar No. 24066026 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, TX  75201 |
|   Texas Bar No. 24070899 | Telephone:    214.922.3400 |
| Tyler J. Bexley | Facsimile:    214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, TX  75201-2975 | Michael L. Nepple |
| Telephone:    214.220.7700 |   Missouri Bar No. 42082 |
| Facsimile:    214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | One US Bank Plaza |
| mstammel@velaw.com | St. Louis, MO  63101 |
| jtaurman@velaw.com | Telephone:    314.552.6149 |
| kyoung@velaw.com | Facsimile:    314.552.7000 |
| tbexley@velaw.com | mnepple@thompsoncoburn.com |
| | |
| Harry M. Reasoner | David M. Rownd |
|   Texas Bar No. 16642000 |   Illinois Bar No. 6207951 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | 55 E. Monroe Street, 37th Floor |
| VINSON & ELKINS L.L.P. | Chicago, IL  60603 |
| 1001 Fannin Street, Suite 2500 | Telephone:    312.580.2311 |
| Houston, TX  77002 | Facsimile:    312.580.2201 |
| Telephone:    713.758.2222 | drownd@thompsoncoburn.com |
| Facsimile:    713.758.2346 | |
| hreasoner@velaw.com | Andrew P. Fishkin |
| svu@velaw.com | New York State Bar No. 2234714 |
| | Fishkin Lucks LLP |
| *Counsel for Plaintiff and* | One Riverfront Plaza, Ste. 220 |
|   *Counter-Defendants* | Newark, NJ  07102 |
| | Telephone: (973) 679-4428 |
| | Facsimile: (973) 679-4435 |
| | afishkin@fishkinlucks.com |
| | *Admitted Pro Hac Vice* |
| | |
| | *Counsel for Defendants and* |
| |   *Counter-Plaintiffs* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 21, 2014, I electronically filed the foregoing Joint Submission with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

                                                  */s/ Tyler J. Bexley*