# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS INC., AMERICAN TOWER | § | |
| GUARANTOR SUB, LLC, AMERICAN | § | |
| TOWER HOLDINGS SUB, LLC, | § | |
| AMERICAN TOWER ASSET SUB, LLC, | § | |
| AMERICAN TOWER SUB II, LLC, | § | |
| AMERICAN TOWER MANAGEMENT, | § | |
| LLC, AMERICAN TOWER L.P., and | § | |
| SPECTRASITE COMMUNICATIONS, LLC, | § | No. 3:12-cv-0499-M |
| | § | |
| Defendants. | § | |
| | § | |
| AMERICAN TOWER, LLC, | § | |
| SPECTRASITE COMMUNICATIONS, LLC, | § | |
| and AMERICAN TOWERS, LLC, | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Counter-Defendant. | § | |

## **ORDER**

It is necessary to continue the trial date in this case in order to resolve the parties' Motions for Summary Judgment before trial. Accordingly, the Court will issue an amended scheduling order setting forth a new trial date and accompanying pretrial deadlines.

**SO ORDERED**.

January 31, 2014.

                                              **BARBARA M. G. LYNN**
                                              **UNITED STATES DISTRICT JUDGE**
                                                **NORTHERN DISTRICT OF TEXAS**