UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:12-cv-0499-M |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDINGS SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., and SPECTRASITE COMMUNICATIONS, LLC, | § § § § § § § § § § § § | |
| Defendants. | § | |

## PARTIAL JUDGMENT

Before the Court are the Motion for Partial Summary Judgment filed by Plaintiff TriStar Investors, Inc. ("TriStar") [Docket Entry #235], the Motion for Partial Summary Judgment filed by Counter-Defendants David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton (collectively, the "TriStar Individuals") [Docket Entry #238], and the Motion for Partial Summary Judgment filed by Defendants American Tower Corporation, American Towers LLC, American Tower, LLC, American Towers, Inc., American Tower Guarantor Sub, LLC, American Tower Holding Sub, LLC, American Tower Asset Sub, LLC, American Tower Asset Sub II, LLC, American Tower Management, LLC, American Tower, L.P., and SpectraSite Communications, LLC (collectively "ATC") [Docket Entry #241].

For the reasons stated in the Court's Memorandum Opinion and Order [Docket Entry

#321], it is **ORDERED**, **ADJUDGED**, and **DECREED** that TriStar's Sherman Act Section 2 claim and ATC's Sherman Act Section 1 and RICO counterclaims are **DISMISSED** with prejudice.

    **SO ORDERED**.

    April 4, 2014.

                                                     **BARBARA M. G. LYNN**
                                                     **UNITED STATES DISTRICT JUDGE**
                                                     **NORTHERN DISTRICT OF TEXAS**