IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Civil Action No.: 3:12-CV-499-M |
| AMERICAN TOWER CORPORATION, | § | |
| AMERICAN TOWERS LLC, AMERICAN | § | |
| TOWERS, INC., AMERICAN TOWER | § | |
| GUARANTOR SUB, LLC, AMERICAN TOWER | § | |
| HOLDING SUB, LLC, AMERICAN TOWER | § | |
| ASSET SUB, LLC, AMERICAN TOWER ASSET | § | |
| SUB, II, LLC, AMERICAN TOWER | § | |
| MANAGEMENT, LLC, AMERICAN TOWER | § | |
| L.P., SPECTRASITE COMMUNICATIONS, | § | |
| LLC, AND AMERICAN TOWER, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

Oral argument on the pending <u>Daubert</u> motions in this case is **SET** for **Wednesday, May 21, 2014, at 3:00 p.m.**

Counsel should still convene in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas.  Any technical representatives responsible for operating the Court's electronic courtroom equipment should be in the Courtroom 15 minutes prior to the hearing to set up and ensure the parties' equipment is working properly.

The Court is aware of a trend today in which fewer cases go to trial, and in which there are generally fewer speaking or "stand-up" opportunities in court, particularly for young lawyers (*i.e.*, lawyers practicing for less than seven years).  The Court strongly encourages litigants to be mindful of opportunities for young lawyers to conduct hearings before the Court, particularly for motions where the young lawyer drafted or contributed significantly to the underlying motion or response.  In those instances where the Court is inclined to rule on the papers, a representation

that the argument would be handled by a young lawyer will weigh in favor of holding a hearing. The Court understands that there may be circumstances where having a young lawyer handle a hearing might not be appropriate – such as where no young lawyers were involved in drafting the motion, or where the motion might be dispositive in a "bet-the-company" type case. Even so, the Court believes it is crucial to provide substantive speaking opportunities to young lawyers, and that the benefits of doing so will accrue to young lawyers, to clients, and to the profession generally. Thus, the Court encourages all lawyers practicing before it to keep this goal in mind.

Any questions regarding this Order should be directed to the Law Clerk, Andrew Blumberg, at 214-753-2419.

**SO ORDERED**.

DATED:   April 22, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS