# Stoehr, Paul E.

| | |
|---|---|
| **From:** | Shepherd, Jon <Jon.Shepherd@alston.com> |
| **Sent:** | Monday, December 02, 2013 10:10 AM |
| **To:** | Tyler Bexley |
| **Cc:** | Andrew Fishkin; Rownd, David M. |
| **Subject:** | Re: TriStar v. American Tower: Trial Subpoenas |
| **Attachments:** | image001.jpg; image002.jpg |

Please note that I am not authorized to accept service of any of the subpoenas you served on Wednesday afternoon, the day before Thanksgiving. In any event, I see no basis under the Federal Rules to support the subpoenas given that all these individuals reside outside the Court's jurisdiction.

**From:** Bexley, Tyler [mailto:TBexley@velaw.com]
**Sent:** Wednesday, November 27, 2013 1:47 PM
**To:** Shepherd, Jon; afishkin@fishkinlucks.com; drownd@thompsoncoburn.com; mnepple@thompsoncoburn.com
**Cc:** Sims, Bill; Stammel, Matthew R.
**Subject:** TriStar v. American Tower: Trial Subpoenas

Dear Counsel:

Please see the attached trial subpoenas. These are being served on Jon via hand delivery, along with the required witness fees. We have used a placeholder date of January 21, the first day of trial, in these subpoenas. We intend to call these witnesses toward the end of our case and will provide a firm date when we get closer to trial. If you no longer represent any of the employees or former employees who are being subpoenaed, please let us know immediately. Thanks.

Tyler J. Bexley
Associate

:001.jpg>

Vinson & Elkins LLP
Attorneys at Law
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel +1.214.220.7771
E-mail TBexley@velaw.com



EXHIBIT A

1

**Treasury Circular 230 Disclosure:** To the extent this communication contains any statement regarding federal taxes, that statement was not written or intended to be used, and it cannot be used, by any person (i) as a basis for avoiding federal tax penalties that may be imposed on that person, or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.