IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **AMERICAN TOWER CORPORATION, et al.,** | § | |
| | § | |
| Defendants. | § | |
| | § | |
| _____ | § | CIVIL ACTION NO. 3:12-cv-499 |
| | § | |
| **AMERICAN TOWER, LLC, et al.,** | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| Counter-Defendant. | § | |

## JOINT MOTION TO CHANGE SCHEDULING ORDER DEADLINES

Pursuant to Paragraph 14 of the Second Amended Scheduling Order (Dkt. #319), the parties jointly move for revised scheduling order deadlines as set forth in the table below.  The parties also hereby give notice to the court of their agreement to establish additional deadlines as reflected below.   Each requested change to a Scheduling Order deadline results in the deadline being earlier than the deadline set forth in the Second Amended Scheduling Order:

|    | DESCRIPTION | SCHED. ORDER DEADLINE [PARAGRAPH] | PARTIES' PROPOSED DEADLINE |
|---|---|---|---|
| 1. | Witness Lists to be filed | July 7, 2014 [11(a)(2)] | June 20, 2014 |
| 2. | Deposition Designations to be filed | July 7, 2014 [11(a)(3)] | June 20, 2014 |
| 3. | Rule 26(a)(3)(a)(i)-(iii) Pretrial Disclosures to be served (names of witnesses; designation of witnesses that party intends to call by depo; exhibit list) | July 7, 2014 [8] | June 27, 2014 |
| 4. | Exhibit Lists to be filed | July 7, 2014 [11(a)(3)] | June 27, 2014 |
| 5. | Marked set of Exhibits to be exchanged electronically | July 7, 2014 [11(a)(3)] | June 27, 2014 |
| 6. | Counter-Designations of Deposition Testimony and Optional Completeness Designations to be filed | N/A | June 30, 2014 |
| 7. | TriStar to send draft of its portion of the Pre-Trial Order | N/A | June 30, 2014 |
| 8. | Settlement Conference | June 30, 2014 [10] | NO CHANGE – June 30, 2014 |
| 9. | ATC to send draft of its portion of the Pre-Trial Order | N/A | July 2, 2014 |
| 10. | Settlement Conference Report to be filed | July 3, 2014 (or w/in 3 bus. days of conf.) [10] | NO CHANGE – July 3, 2014 (or w/in 3 bus. days of conf.) |
| 11. | Optional Completeness Designations to counter-designations to be filed | N/A | July 3, 2014 |
| 12. | Parties to meet in person to confer on exhibit objections, deposition objections, and any other evidentiary stipulations | N/A | July 3, 2014 |
| 13. | Joint Pretrial Order to be filed | July 7, 2014 [11(a)(1)] | NO CHANGE – July 7, 2014 |
| 14. | Marked set of Exhibits to be filed with Court | July 7, 2014 [11(a)(3)] | NO CHANGE – July 7, 2014 |
| 15. | Parties to meet in person to confer on | N/A | July 8, 2014 |

|   | | | |
|---|---|---|---|
|   | motions in limine. | | |
| 16. | Objections to Deposition Designations to be filed | July 14, 2014 [8] | July 10, 2014 |
| 17. | Motions in Limine to be filed | July 10, 2014 [12] | NO CHANGE – July 10, 2014 |
| 18. | Jury Instructions to be filed | July 10, 2014 [11(b)(1)] | NO CHANGE – July 10, 2014 |
| 19. | Proposed Voir Dire Questions to be filed | July 10, 2014 [11(b)(2)] | NO CHANGE – July 10, 2014 |
| 20. | Objections to Witness Lists to be filed | July 10, 2014 [12] | NO CHANGE – July 10, 2014 |
| 21. | Objections to Exhibits to be filed | July 14, 2014 [8] | NO CHANGE – July 14, 2014 |
| 22. | Responses to Motions in Limine to be filed | N/A | July 15, 2014 |
| 23. | Pretrial Conference | July 15, 2014 [13] | NO CHANGE – July 15, 2014 |
| 24. | Jury Trial | July 21, 2014 [1] | NO CHANGE – July 21, 2014 |

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew R. Stammel* | /s/ *David M. Rownd* |
| William D. Sims, Jr. | Jon G. Shepherd |
|   Texas Bar No. 18429500 |   Texas State Bar No. 00788402 |
| Matthew R. Stammel | Courtney L. Sauer |
|   Texas Bar No. 24010419 |   Texas State Bar No. 24066206 |
| John D. Taurman | ALSTON & BIRD, LLP |
|   Texas Bar No. 19680400 | 2828 N. Harwood Street, Suite 1800 |
| Kyle D. Young | Dallas, Texas 75201 |
|   Texas Bar No. 24070899 | Tel: 214.922.3400 |
| Tyler J. Bexley | Fax: 214.922.3899 |
|   Texas Bar No. 24073923 | jon.shepherd@alston.com |
| VINSON & ELKINS L.L.P. | courtney.sauer@alston.com |
| 2001 Ross Avenue, Suite 3700 | |
| Dallas, Texas 75201 | David M. Rownd |
| Tel: 214.220.7700 |   Illinois State Bar No. 6207951 |
| Fax: 214.220.7716 | THOMPSON COBURN, LLP |
| bsims@velaw.com | 55 East Monroe Street, 37th Floor |
| mstammel@velaw.com | Chicago, Illinois 60603 |
| jtaurman@velaw.com | Tel: 312.344.7500 |
| kyoung@velaw.com | Fax: 312.580.2201 |
| tbexley@velaw.com | drownd@thompsoncoburn.com |
| | |
| Harry M. Reasoner | Michael L. Nepple |
|   Texas Bar No. 16642000 |   Missouri State Bar No. 42082 |
| Stacey Neumann Vu | THOMPSON COBURN, LLP |
|   Texas Bar No. 24047047 | One US Bank Plaza |
| VINSON & ELKINS L.L.P. | St. Louis, MO 63101 |
| 1001 Fannin Street, Suite 2500 | Telephone: (314) 552-6149 |
| Houston, Texas 77002 | Facsimile: (314) 552-7000 |
| Tel: 713.758.2222 | mnepple@thompsoncoburn.com |
| Fax: 713.758.2346 | *Admitted Pro Hac Vice* |
| hreasoner@velaw.com | |
| svu@velaw.com | *Attorneys for Defendants/Counter-Plaintiffs.* |

*Attorneys for Plaintiff TriStar Investors, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 3, 2014, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

                                                      /s/ *Kyle D. Young*