**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDINGS SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., and SPECTRASITE COMMUNICATIONS, LLC, | § § § § § § § § § § § § § | No. 3:12-cv-0499-M |
| Defendants. | § § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § | |
| TRISTAR INVESTORS, INC., | § § | |
| Counter-Defendant. | § | |

## **ORDER**

Before the Court is the Joint Motion to Change Scheduling Order Deadlines [Docket Entry #329], filed by the parties. The Motion is **GRANTED**. The deadlines in the Scheduling Order are amended as follows:

|    | DESCRIPTION | OLD DEADLINE [PARAGRAPH] | NEW DEADLINE |
|----|---|---|---|
| 1. | Witness lists to be filed | July 7, 2014 [11(a)(2)] | June 20, 2014 |
| 2. | Deposition designations to be filed | July 7, 2014 [11(a)(3)] | June 20, 2014 |
| 3. | Rule 26(a)(3)(a)(i)-(iii) pretrial disclosures to be served (names of witnesses; designation of witnesses that party intends to call by deposition; exhibit list) | July 7, 2014 [8] | June 27, 2014 |
| 4. | Exhibit lists to be filed | July 7, 2014 [11(a)(3)] | June 27, 2014 |
| 5. | Marked set of exhibits to be exchanged electronically | July 7, 2014 [11(a)(3)] | June 27, 2014 |
| 6. | Counter-designations of deposition testimony and optional completeness designations to be filed | N/A | June 30, 2014 |
| 7. | TriStar to send draft of its portion of the pre-trial order | N/A | June 30, 2014 |
| 8. | ATC to send draft of its portion of the pre-trial order | N/A | July 2, 2014 |
| 9. | Optional completeness designations to counter-designations to be filed | N/A | July 3, 2014 |
| 10. | Parties to meet in person to confer on exhibit objections, deposition objections, and any other evidentiary stipulations | N/A | July 3, 2014 |
| 11. | Parties to meet in person to confer on motions in limine. | N/A | July 8, 2014 |
| 12. | Objections to deposition designations to be filed | July 14, 2014 [8] | July 10, 2014 |
| 13. | Responses to motions in limine to be filed | N/A | July 15, 2014 |

**SO ORDERED**.

June 12, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF TEXAS**