UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TRISTAR INVESTORS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| AMERICAN TOWER CORPORATION, § | |
| et al., § | |
| § | |
| Defendants. § | CIVIL ACTION NO. 3:12–CV–499–M |
| § | |
| AMERICAN TOWER, LLC, et al., § | |
| § | |
| Counter–Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| TRISTAR INVESTORS, INC., et al., § | |
| § | |
| Counter–Defendants. § | |

## TRISTAR'S OPTIONAL COMPLETENESS DESIGNATIONS

TriStar Investors, Inc. hereby files its optional completeness designations in response to the American Tower Entities' Amended Designations of Video Depositions (Doc. 335) as follows:

**1.   Armour, John** (deposed April 3, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 186  | 01   | 186  | 12   |
| 195  | 15   | 195  | 18   |
| 201  | 23   | 202  | 11   |
| 218  | 10   | 218  | 17   |
| 219  | 06   | 219  | 20   |
| 236  | 02   | 236  | 03   |

| Page | Line | Page | Line |
|------|------|------|------|
| 251  | 06   | 251  | 09   |
| 262  | 06   | 262  | 11   |
| 269  | 12   | 269  | 15   |
| 272  | 23   | 273  | 07   |
| 273  | 15   | 273  | 22   |

**2.** **Cogley, Mark** (deposed February 20-21, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 32   | 14   | 32   | 16   |
| 32   | 18   | 32   | 25   |
| 63   | 15   | 63   | 23   |
| 74   | 21   | 75   | 25   |
| 79   | 14   | 79   | 22   |
| 79   | 24   | 79   | 25   |
| 80   | 05   | 80   | 09   |
| 117  | 17   | 118  | 14   |

**3.** **Cowan, Connie** (deposed February 20, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 36   | 15   | 36   | 25   |

**4.** **Davis, Spencer** (deposed February 21, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 43   | 05   | 43   | 10   |
| 74   | 01   | 74   | 06   |

**5.** **Dykes, Ronald** (deposed June 11, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 27   | 14   | 28   | 09   |
| 28   | 25   | 29   | 12   |

**6.** **Gilardi, Dale** (deposed May 17, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 42   | 23   | 43   | 01   |
| 62   | 12   | 62   | 17   |
| 84   | 04   | 84   | 08   |
| 107  | 17   | 107  | 20   |
| 144  | 08   | 144  | 09   |
| 149  | 04   | 149  | 06   |
| 150  | 01   | 150  | 04   |

| Page | Line | Page | Line |
|------|------|------|------|
| 166 | 08 | 166 | 09 |
| 166 | 22 | 167 | 08 |
| 178 | 14 | 178 | 21 |
| 182 | 06 | 182 | 16 |
| 193 | 05 | 194 | 05 |
| 194 | 21 | 194 | 25 |
| 208 | 19 | 208 | 20 |
| 235 | 10 | 235 | 18 |
| 250 | 17 | 251 | 08 |
| 263 | 06 | 263 | 13 |
| 263 | 25 | 264 | 03 |

**7.**   **Giles, Bob** (deposed August 2, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 94  | 01 | 94  | 07 |
| 147 | 13 | 148 | 17 |
| 165 | 24 | 166 | 07 |
| 166 | 14 | 166 | 16 |
| 167 | 06 | 167 | 08 |
| 205 | 10 | 206 | 13 |
| 212 | 09 | 212 | 14 |
| 247 | 14 | 247 | 16 |
| 248 | 16 | 248 | 20 |
| 277 | 13 | 277 | 21 |
| 301 | 08 | 301 | 24 |

**8.**   **Hollerman, Jon** (deposed February 20, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 21  | 01 | 21  | 09 |
| 64  | 16 | 64  | 19 |
| 175 | 02 | 175 | 05 |
| 175 | 09 | 175 | 11 |
| 214 | 12 | 214 | 14 |
| 240 | 08 | 241 | 05 |

**9.**   **Ivy, David** (deposed July 24, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 46 | 08 | 46 | 10 |
| 51 | 10 | 51 | 21 |
| 71 | 17 | 71 | 23 |
| 85 | 03 | 85 | 06 |

| Page | Line | Page | Line |
|------|------|------|------|
| 96   | 03   | 96   | 05   |
| 96   | 07   | 96   | 17   |
| 113  | 06   | 113  | 12   |
| 114  | 05   | 114  | 19   |
| 115  | 01   | 115  | 04   |
| 115  | 06   | 115  | 11   |
| 158  | 01   | 158  | 06   |
| 168  | 06   | 168  | 07   |

**10.**  **Katz, Carolyn** (deposed June 14, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 08   | 11   | 08   | 13   |
| 86   | 10   | 87   | 17   |

**11.**  **Kelley, Philip** (deposed June 26, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 28   | 03   | 28   | 07   |
| 45   | 16   | 45   | 25   |
| 59   | 12   | 59   | 24   |
| 74   | 25   | 75   | 07   |

**12.**  **Lemmon, John** (deposed May 16, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 12   | 06   | 12   | 11   |
| 14   | 10   | 14   | 18   |
| 55   | 01   | 55   | 16   |
| 92   | 10   | 92   | 11   |
| 92   | 13   | 92   | 21   |
| 112  | 05   | 112  | 15   |
| 116  | 04   | 116  | 05   |

**13.**  **Lukaj, Richard** (deposed May 2, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 23   | 08   | 23   | 12   |
| 51   | 15   | 51   | 21   |
| 63   | 16   | 63   | 22   |
| 65   | 15   | 65   | 19   |
| 68   | 10   | 68   | 18   |
| 69   | 22   | 69   | 24   |
| 70   | 02   | 70   | 05   |

| Page | Line | Page | Line |
|---|---|---|---|
| 95 | 22 | 96 | 02 |
| 138 | 14 | 139 | 04 |
| 155 | 11 | 155 | 21 |

**14.** **Macheras, Alexander** (deposed April 19, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 07 | 21 | 08 | 02 |
| 08 | 19 | 09 | 15 |

**15.** **Mackey, Michael, 30(b)(6)** (deposed March 28, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 260 | 6 | 260 | 13 |

**16.** **Mackey, Michael** (deposed June 14, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 10 | 23 | 10 | 25 |
| 56 | 08 | 56 | 12 |
| 60 | 14 | 60 | 16 |

**17.** **Mastalski, Vicki** (deposed February 21, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 52 | 21 | 52 | 25 |

**18.** **Moreland, Ben** (deposed June 20, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 18 | 24 | 19 | 03 |
| 58 | 25 | 59 | 03 |
| 74 | 05 | 74 | 12 |

**19.** **Newton, Matt** (deposed July 23, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 25 | 22 | 26 | 04 |
| 30 | 07 | 30 | 13 |
| 38 | 16 | 39 | 03 |
| 39 | 23 | 40 | 05 |
| 75 | 15 | 76 | 07 |
| 121 | 10 | 121 | 20 |

| Page | Line | Page | Line |
|------|------|------|------|
| 123 | 02 | 123 | 06 |
| 135 | 07 | 135 | 19 |
| 141 | 05 | 121 | 08 |
| 142 | 11 | 142 | 15 |
| 142 | 17 | 142 | 20 |
| 145 | 22 | 146 | 02 |
| 161 | 19 | 162 | 04 |
| 168 | 19 | 169 | 09 |
| 178 | 04 | 178 | 08 |
| 181 | 25 | 182 | 07 |
| 201 | 10 | 210 | 11 |
| 210 | 07 | 211 | 12 |
| 214 | 09 | 214 | 12 |
| 215 | 15 | 215 | 24 |
| 222 | 08 | 222 | 21 |
| 224 | 14 | 224 | 22 |
| 225 | 08 | 225 | 11 |
| 228 | 16 | 228 | 16 |
| 245 | 24 | 246 | 07 |
| 255 | 18 | 256 | 15 |
| 262 | 12 | 262 | 15 |

**20.** **Pushic, Christina** (deposed April 16, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 22 | 13 | 22 | 16 |
| 77 | 21 | 78 | 2 |

**21.** **Robinson, Terry** (deposed February 21, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 57 | 10 | 57 | 18 |

**22.** **Rosen, Dan** (deposed April 18, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 12 | 03 | 12 | 05 |

**23.** **Skipper, Windle** (deposed June 18, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 8 | 2 | 8 | 8 |
| 22 | 20 | 23 | 11 |
| 27 | 6 | 27 | 10 |
| 45 | 9 | 45 | 13 |
| 45 | 15 | 45 | 21 |

**24.** **Smith, Robert** (deposed May 8, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 41 | 1 | 41 | 9 |

**25.** **Stoops, Jeffrey** (deposed August 20, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 39 | 11 | 39 | 13 |
| 97 | 24 | 98 | 05 |
| 110 | 12 | 110 | 13 |
| 110 | 15 | 110 | 15 |
| 121 | 17 | 121 | 19 |

**26.** **Sutfin, Frank** (deposed July 31, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 7 | 11 | 7 | 17 |

**27.** **Vogl, Jerry** (deposed April 17, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 99 | 25 | 100 | 04 |
| 168 | 03 | 168 | 10 |
| 194 | 16 | 194 | 25 |
| 237 | 08 | 237 | 16 |

**28.** **Webb, Paul** (deposed July 10, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 39 | 11 | 39 | 13 |

**29.** **Zaharis, George** (deposed April 18, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 38 | 01 | 38 | 04 |
| 41 | 21 | 42 | 08 |

| Page | Line | Page | Line |
|------|------|------|------|
| 44   | 02   | 44   | 05   |
| 48   | 15   | 49   | 02   |
| 94   | 18   | 94   | 23   |
| 101  | 03   | 101  | 06   |
| 107  | 05   | 107  | 11   |
| 107  | 14   | 107  | 22   |
| 113  | 16   | 113  | 20   |
| 113  | 22   | 114  | 01   |
| 114  | 03   | 114  | 15   |
| 116  | 13   | 116  | 17   |
| 126  | 09   | 126  | 15   |
| 128  | 18   | 128  | 25   |
| 138  | 17   | 139  | 02   |
| 139  | 04   | 139  | 06   |
| 140  | 22   | 141  | 03   |
| 141  | 05   | 141  | 16   |

VINSON & ELKINS L.L.P.

 /s/ Kyle D. Young
William D. Sims, Jr.
  Texas Bar No. 18429500
Thomas S. Leatherbury
  Texas Bar No. 12095275
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
tleatherbury@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Attorneys for TriStar Investors, Inc.
and TriStar Individuals*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

 /s/ *Kyle D. Young*
