UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRISTAR INVESTORS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| AMERICAN TOWER CORPORATION, AMERICAN TOWERS LLC, AMERICAN TOWERS INC., AMERICAN TOWER GUARANTOR SUB, LLC, AMERICAN TOWER HOLDING SUB, LLC, AMERICAN TOWER ASSET SUB, LLC, AMERICAN TOWER ASSET SUB II, LLC, AMERICAN TOWER MANAGEMENT, LLC, AMERICAN TOWER L.P., SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWER, LLC, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:12-CV-499 |
| Defendants. | § § | |
| AMERICAN TOWER, LLC, SPECTRASITE COMMUNICATIONS, LLC, and AMERICAN TOWERS, LLC, | § § § § | |
| Counter-Plaintiffs, | § § | |
| v. | § § | |
| TRISTAR INVESTORS, INC., DAVID IVY, ED WALLANDER, ROBERT GILES, DALE GILARDI, JERRY VOGL, JOHN LEMMON, MICHAEL MACKEY, and MATT NEWTON, | § § § § § § | |
| Counter-Defendants. | § § § | |

**THE AMERICAN TOWER ENTITIES' OPTIONAL COMPLETENESS
DESIGNATIONS TO TRISTAR'S DEPOSITION COUNTER DESIGNATIONS**

COME NOW Defendants American Tower Corporation, American Towers LLC, American Tower, LLC, American Towers, Inc., American Tower Guarantor Sub, LLC, American Tower Holding Sub, LLC, American Tower Asset Sub, LLC, American Tower Asset Sub II, LLC, American Tower Management, LLC, American Tower, L.P., and SpectraSite Communications, LLC (collectively the "American Tower Entities"), by and through undersigned counsel, and hereby file their optional completeness designations in response to TriStar's Counter-Designations of Deposition Excerpts as follows:

1. **John Armour – April 3, 2013**

    | OPTIONAL COMPLETENESS |
    |---|
    | None |

2. **Christopher Blumle – June 14, 2013**

    | OPTIONAL COMPLETENESS |
    |---|
    | None |

3. **Mark Cogley – February 20-21, 2013**

    | OPTIONAL COMPLETENESS |
    |---|
    | 31:19-23 |
    | 34:14-25 |

4. **Michael J. Cook – January 28, 2013**

    | OPTIONAL COMPLETENESS |
    |---|
    | None |

5. **Connie W. Cowan – October 7, 2013**

    | OPTIONAL COMPLETENESS |
    |---|
    | 20:1-12 |
    | 29:14-23 |

6. **Spencer Davis – February 21, 2013**

    | OPTIONAL COMPLETENESS |
    |---|
    | 74:7-8 |

**7. Ronald M. Dykes – June 11, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 85:23 – 86:4 |

**8. James Fleming – June 27, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 26:4-11 |

**9. Dale Gilardi – May 17, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 169:2-4 |
| 169:24-170:3 |
| 251:13-22 |
| 252:4-8 |
| 252:10-11 |
| 264:4-7 |

**10. Robert E. Giles – August 7, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 57:8-11 |
| 61:23 – 62:13 |
| 66:25 – 67:25 |
| 120:4-17 |
| 125:6-16 |
| 126:9-13 |
| 128:9-14 |
| 171:10-18 |
| 173:2-8 |
| 173:12 |
| 173:20-22 |
| 174:8 – 175:1 |
| 175:3-9 |
| 176:9-11 |
| 176:14-25 |
| 180:23 – 181:7 |
| 206:19-23 |
| 300:13-17 |

**11. Jon Hollerman – February 20, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 10:18-20 |

**12. David C. Hull – April 10, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 115:15-18 |

**13. David Ivy – July 24, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 35:21-25 |
| 57:20-24 |
| 94:25 – 95:9 |
| 136:1-4 |

**14. Carolyn F. Katz – June 14, 2013**

| OPTIONAL COMPLETENESS |
|---|
| None |

**15. Mark Kearns – March 19, 2013**

| OPTIONAL COMPLETENESS |
|---|
| None |

**16. Phillip M. Kelley – June 26, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 92:3-9 |

**17. Santos Leal – July 26, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 13:18-23 |
| 13:25 |
| 15:10-20 |
| 15:25 – 16:2 |
| 16:4-13 |

**18. John Lemmon – May 16, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 105:15-18 |
| 106:3-11 |

**19. Richard Lukaj – May 2, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 193:22-24 |
| 194:1-2 |

**20. Alexander Macheras – April 19, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 8:3-5 |
| 49:20-22 |
| 57:1-9 |
| 57:23 – 58:1 |
| 82:16-19 |

**21. TriStar Corporate Representative Michael Mackey, (30(b)(6)) March 28, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 38:14-24 |
| 45:21-46:6 |
| 46:19-21 |
| 125:22-24 |

**22. Michael Mackey – June 14, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 14:8-9 |
| 14:12-14 |
| 72:4-7 |
| 79:16-20 |
| 83:4-6 |
| 83:18-20 |

**23. Rodney S. Marcum – February 7, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 21:11-22:7 |

**24. Vicki Mastalski – February 21, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 13:6-14 |

**25. Benjamin Moreland – June 26, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 27:17-19 |
| 30:4-18 |
| 43:16-18 |
| 43:21-25 |
| 50:20-24 |

**26. Matt Newton – July 23, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 24:4-6 |
| 24:8-12 |
| 135:20-24 |
| 168:14-18 |
| 184:14-18 |
| 197:3-7 |
| 245:18-23 |

**27. Christina Pushic – April 16, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 32:5-9 |
| 66:6-10 |
| 78:12-19 |

**28. Terry Robinson – February 21, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 9:10-12 |
| 22:17-24 |
| 23:2-4 |
| 24:12-25:6 |
| 36:24-37:12 |
| 43:15-44:5 |

**29. Daniel Rosen – April 18, 2013**

| OPTIONAL COMPLETENESS |
|---|
| None |

**30. Jonathan Rotolo – July 31, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 44:13-17 |
| 80:6-7 |

**31. Windle Skipper – June 18, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 45:22-46:1 |

**32. Robert Smith – May 8, 2013**

| OPTIONAL COMPLETENESS |
|---|
| None |

**33. Jeffrey A. Stoops – August 20, 2013**

| OPTIONAL COMPLETENESS |
|---|
| None |

**34. Frank Sutfin – July 31, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 14:18-21 |
| 17:7-10 |
| 18:13-14 |

**35. Rafael Tostado – July 25, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 18:5-6 |
| 18:8-15 |

**36. Jerry Vogl – April 17, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 100:5-14 |
| 100:16-25 |
| 202:5-11 |

| |
|---|
| 228:19-22 |
| 229:1-14 |
| 230:5 – 231:5 |
| 232:8-12 |
| 235:10-13 |
| 235:20 – 236:21 |
| 238:5-8 |

**37. Paul Webb – July 10, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 12:7-22 |

**38. George Zaharis – April 18, 2013**

| OPTIONAL COMPLETENESS |
|---|
| 42:9-12 |
| 43:10 – 44:1 |
| 118:19-23 |
| 123:5-11 |
| 129:5 |
| 129:24 – 130:5 |
| 139:7-11 |
| 139:17-18 |

Dated: July 3, 2014

Respectfully submitted,

*/s/ Michael L. Nepple*
Michael L. Nepple
Missouri State Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
mnepple@thompsoncoburn.com
*Admitted Pro Hac Vice*

Jon G. Shepherd
Texas State Bar No. 00788402
Courtney L. Gilbert
Texas State Bar No. 24066026
ALSTON & BIRD, LLP
2828 N. Harwood Street, Ste. 1800
Dallas, TX 75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899
jon.shepherd@alston.com
courtney.gilbert@alston.com

David M. Rownd
Illinois State Bar No. 6207951
THOMPSON COBURN, LLP
55 E. Monroe Street, 37th floor
Chicago, IL 60603
Telephone: (312) 580-2311
Facsimile: (312) 580-2201
drownd@thompsoncoburn.com

Edwin G. Harvey
Missouri State Bar No. 30565
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO 63101
Telephone: (314) 552-6149
Facsimile: (314) 552-7000
eharvey@thompsoncoburn.com
*Admitted Pro Hac Vice*

      Andrew P. Fishkin
      New York State Bar No. 2234714
      Fishkin Lucks LLP
      The Legal Center
      One Riverfront Plaza, Ste. 220
      Newark, NJ  07102
      Telephone: (973) 679-4428
      Facsimile: (973) 679-4435
      afishkin@fiskinlucks.com
      *Admitted Pro Hac Vice*

      COUNSEL FOR DEFENDANTS/
      COUNTER-PLAINTIFFS

## CERTIFICATE OF SERVICE

On July 3, 2014, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      */s/ Michael L. Nepple*
      Michael L. Nepple