UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AMERICAN TOWER CORPORATION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | **CIVIL ACTION NO. 3:12–CV–499–M** |
| | § | |
| **AMERICAN TOWER, LLC, et al.,** | § | |
| | § | |
| **Counter–Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| **Counter–Defendant.** | § | |
| | § | |

**TRISTAR'S OPTIONAL COMPLETENESS DESIGNATIONS TO THE AMERICAN
TOWER ENTITIES' COUNTER-DESIGNATIONS**

TriStar Investors, Inc. hereby files its optional completeness designations in response to

the American Tower Entities' Counter-Designations (Doc. 346) as follows:

1.    **Berry, Brenda** (deposed March 20, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 11 | 19 | 11 | 20 |
| 23 | 22 | 23 | 23 |
| 122 | 19 | 122 | 21 |
| 127 | 21 | 127 | 22 |
| 175 | 1 | 175 | 3 |
| 175 | 5 | 175 | 8 |
| 191 | 12 | 191 | 19 |
| 192 | 25 | 193 | 7 |

2.	**Cook, Michael** (deposed January 28, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 25 | 1 | 25 | 6 |
| 25 | 10 | 25 | 11 |
| 41 | 12 | 42 | 13 |
| 54 | 12 | 54 | 21 |

3.	**Crocker, Neil** (deposed March 22, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 79 | 7 | 79 | 10 |
| 176 | 11 | 176 | 17 |
| 177 | 15 | 177 | 20 |
| 255 | 25 | 256 | 6 |

4.	**Deas, Kenneth** (deposed July 3, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 12 | 2 | 12 | 23 |

5.	**Dobbas, Pamela** (deposed June 5, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 44 | 5 | 44 | 13 |

6.	**Dussack, Lawrence** (deposed May 17, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 37 | 10 | 37 | 14 |
| 38 | 1 | 38 | 2 |
| 38 | 4 | 38 | 4 |

7.	**Elliott, Suzanne** (deposed July 1, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 9 | 13 | 10 | 2 |
| 32 | 13 | 32 | 15 |
| 32 | 19 | 32 | 21 |

8.	**Fischer, Erin** (deposed August 9, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 19 | 16 | 19 | 17 |

9.   **Flint, Harry** (deposed May 22, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 80   | 17   | 80   | 18   |
| 80   | 22   | 80   | 25   |

10.   **Grant, Marc** (deposed May 30, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 23   | 16   | 23   | 17   |
| 34   | 23   | 35   | 2    |
| 65   | 23   | 66   | 5    |
| 66   | 9    | 66   | 18   |

11.   **Hartdorn, Jeffery** (deposed February 6, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 49   | 14   | 49   | 18   |
| 59   | 14   | 59   | 19   |
| 61   | 20   | 62   | 5    |
| 74   | 3    | 74   | 15   |
| 74   | 19   | 75   | 6    |
| 75   | 18   | 75   | 23   |
| 95   | 5    | 95   | 14   |
| 102  | 19   | 103  | 5    |
| 110  | 25   | 111  | 9    |
| 112  | 3    | 112  | 21   |
| 124  | 5    | 124  | 12   |
| 124  | 19   | 125  | 5    |
| 143  | 22   | 144  | 6    |

12.   **Hirsch, Jason** (deposed March 5, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 51   | 18   | 51   | 22   |
| 52   | 14   | 52   | 16   |
| 57   | 13   | 58   | 1    |
| 59   | 16   | 59   | 23   |
| 120  | 5    | 121  | 5    |
| 124  | 7    | 124  | 8    |
| 124  | 10   | 124  | 17   |
| 175  | 14   | 175  | 17   |
| 175  | 22   | 175  | 23   |
| 176  | 20   | 176  | 23   |
| 178  | 5    | 178  | 5    |

| | | | |
|---|---|---|---|
| 178 | 7 | 178 | 19 |
| 200 | 19 | 201 | 7 |
| 204 | 2 | 204 | 9 |
| 204 | 11 | 204 | 24 |
| 272 | 8 | 273 | 1 |

**13.   Isbell, Michael** (deposed April 23, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 19 | 20 | 20 | 2 |
| 22 | 10 | 22 | 15 |
| 30 | 11 | 30 | 13 |
| 40 | 25 | 41 | 21 |
| 62 | 10 | 62 | 16 |
| 69 | 16 | 70 | 3 |
| 70 | 5 | 71 | 1 |
| 71 | 3 | 71 | 9 |
| 72 | 22 | 72 | 25 |
| 73 | 2 | 73 | 10 |
| 74 | 22 | 75 | 13 |
| 75 | 15 | 75 | 18 |

**14.   Johnson, Jeremiah** (deposed March 21, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 31 | 25 | 32 | 9 |
| 57 | 15 | 57 | 18 |
| 99 | 24 | 100 | 8 |
| 100 | 10 | 100 | 15 |
| 100 | 17 | 100 | 21 |

**15.   Johnson, Kenneth** (deposed May 3, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 31 | 24 | 32 | 5 |
| 32 | 13 | 32 | 23 |
| 34 | 14 | 34 | 16 |
| 34 | 23 | 34 | 25 |
| 46 | 1 | 46 | 12 |
| 47 | 9 | 47 | 13 |

**16.   Jones, Paulette** (deposed June 18, 2013)

| Page | Line | Page | Line |
|---|---|---|---|

| Page | Line | Page | Line |
|------|------|------|------|
| 8 | 2 | 8 | 3 |

17.   **Kearns, Mark** (deposed March 19, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 138 | 18 | 139 | 7 |
| 140 | 24 | 141 | 13 |
| 145 | 11 | 145 | 24 |
| 149 | 20 | 150 | 16 |

18.   **Kiszka, Linda** (deposed January 22, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 24 | 7 | 24 | 9 |
| 34 | 14 | 34 | 20 |
| 40 | 13 | 40 | 14 |
| 43 | 4 | 43 | 6 |
| 43 | 9 | 43 | 13 |
| 46 | 20 | 47 | 1 |
| 50 | 16 | 50 | 23 |
| 51 | 20 | 52 | 16 |

19.   **Krumbein, Michael** (deposed February 5, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 37 | 19 | 38 | 3 |
| 39 | 2 | 39 | 7 |
| 53 | 17 | 53 | 24 |
| 61 | 24 | 62 | 11 |
| 62 | 13 | 62 | 13 |
| 62 | 15 | 62 | 20 |
| 62 | 22 | 62 | 23 |

20.   **Loftus, Eric** (deposed April 11, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 20 | 16 | 20 | 22 |
| 42 | 4 | 42 | 14 |
| 62 | 10 | 62 | 23 |
| 81 | 3 | 81 | 22 |

**21.**   **Macheras, Alexander** (deposed April 19, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 90 | 8 | 90 | 22 |

**22.**   **Maniaci, Piero** (deposed March 7-8, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 39 | 20 | 39 | 25 |
| 40 | 2 | 40 | 3 |
| 40 | 22 | 42 | 13 |
| 48 | 15 | 48 | 25 |

**23.**   **McNiel, Rob** (deposed May 29, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 26 | 1 | 26 | 7 |
| 44 | 9 | 44 | 19 |
| 131 | 11 | 131 | 18 |
| 131 | 20 | 132 | 5 |
| 132 | 7 | 132 | 8 |
| 132 | 10 | 132 | 13 |
| 132 | 20 | 132 | 21 |
| 137 | 18 | 138 | 5 |
| 162 | 19 | 162 | 25 |
| 257 | 19 | 257 | 20 |

**24.**   **Myers, Ben** (deposed March 6, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 98 | 2 | 98 | 9 |
| 98 | 11 | 98 | 11 |
| 126 | 19 | 127 | 9 |
| 303 | 5 | 303 | 11 |
| 304 | 2 | 304 | 5 |
| 305 | 7 | 305 | 11 |
| 363 | 7 | 363 | 18 |
| 364 | 13 | 364 | 15 |

**25.**   **Nguyen, Tinh** (deposed January 28, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 10 | 1 | 10 | 3 |
| 15 | 6 | 15 | 9 |
| 15 | 15 | 15 | 16 |

| Page | Line | Page | Line |
|------|------|------|------|
| 16 | 25 | 16 | 25 |
| 17 | 2 | 17 | 3 |
| 17 | 13 | 18 | 5 |
| 50 | 4 | 50 | 7 |
| 58 | 22 | 61 | 5 |
| 63 | 1 | 63 | 3 |
| 64 | 9 | 64 | 10 |
| 64 | 12 | 64 | 12 |
| 61 | 14 | 64 | 16 |
| 74 | 18 | 74 | 18 |

26.   **Noel, Eugene (Bud)** (deposed May 21, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 56 | 20 | 56 | 22 |
| 56 | 25 | 57 | 2 |
| 102 | 8 | 103 | 1 |
| 103 | 4 | 103 | 5 |
| 103 | 7 | 103 | 14 |

27.   **Noland, Stacey** (deposed May 21, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 18 | 13 | 18 | 14 |
| 32 | 6 | 32 | 14 |

28.   **Osborne, Randall** (deposed April 24, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 23 | 1 | 23 | 2 |
| 23 | 6 | 23 | 9 |
| 25 | 7 | 25 | 9 |
| 25 | 11 | 25 | 13 |
| 27 | 10 | 27 | 14 |
| 27 | 21 | 27 | 22 |
| 27 | 24 | 28 | 16 |
| 29 | 5 | 29 | 9 |
| 31 | 4 | 31 | 6 |
| 37 | 18 | 37 | 20 |
| 37 | 22 | 38 | 3 |
| 40 | 22 | 40 | 25 |
| 44 | 2 | 44 | 12 |
| 51 | 14 | 52 | 3 |
| 52 | 12 | 52 | 17 |

| Page | Line | Page | Line |
|------|------|------|------|
| 53 | 24 | 54 | 13 |

**29.**   **Paul, Justine** (deposed March 7, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 30 | 9 | 30 | 12 |
| 52 | 20 | 53 | 1 |
| 97 | 22 | 97 | 25 |
| 98 | 2 | 98 | 6 |
| 119 | 3 | 119 | 19 |
| 184 | 3 | 184 | 3 |
| 184 | 9 | 184 | 13 |

**30.**   **Paxton, Lowell** (deposed May 2, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 21 | 22 | 21 | 23 |
| 25 | 14 | 25 | 17 |
| 35 | 14 | 35 | 22 |
| 64 | 8 | 64 | 10 |
| 83 | 12 | 83 | 23 |
| 84 | 2 | 84 | 4 |

**31.**   **Pell, Richard** (deposed May 3, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 41 | 12 | 41 | 23 |

**32.**   **Prescott, Christopher** (deposed May 9, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 46 | 7 | 46 | 12 |
| 46 | 15 | 47 | 4 |
| 49 | 23 | 49 | 23 |
| 49 | 25 | 50 | 1 |
| 84 | 15 | 85 | 12 |
| 113 | 6 | 113 | 8 |
| 113 | 11 | 114 | 13 |
| 114 | 15 | 114 | 18 |
| 114 | 23 | 115 | 3 |

**33.**   **Puleo, John** (deposed April 11, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 9 | 14 | 9 | 18 |

| | | | |
|---|---|---|---|
| 18 | 24 | 18 | 25 |
| 19 | 3 | 19 | 3 |
| 48 | 4 | 48 | 20 |
| 49 | 8 | 49 | 15 |
| 70 | 9 | 70 | 17 |
| 71 | 1 | 71 | 19 |
| 91 | 19 | 91 | 23 |
| 91 | 25 | 92 | 5 |
| 92 | 7 | 92 | 23 |

**34.   Reeves, Jacob** (deposed May 20, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 11 | 2 | 11 | 9 |
| 22 | 14 | 22 | 17 |
| 62 | 2 | 62 | 4 |
| 63 | 7 | 63 | 9 |
| 68 | 7 | 68 | 9 |
| 69 | 20 | 69 | 23 |

**35.   Reynolds, Cheryl** (deposed May 20, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 31 | 25 | 32 | 3 |
| 70 | 16 | 70 | 17 |
| 70 | 19 | 70 | 23 |
| 91 | 2 | 91 | 5 |
| 91 | 9 | 91 | 11 |
| 107 | 8 | 108 | 5 |
| 109 | 10 | 109 | 19 |
| 110 | 10 | 110 | 14 |
| 110 | 19 | 110 | 22 |
| 111 | 19 | 111 | 22 |
| 111 | 25 | 112 | 5 |
| 112 | 9 | 112 | 9 |
| 112 | 11 | 112 | 15 |
| 121 | 3 | 121 | 4 |
| 121 | 8 | 121 | 10 |
| 136 | 9 | 136 | 15 |
| 152 | 24 | 153 | 15 |

**36.   Rosa, Anthony** (deposed April 12, 2013)

| Page | Line | Page | Line |
|---|---|---|---|
| 115 | 7 | 115 | 10 |
| 115 | 16 | 115 | 17 |

| 250 | 5 | 250 | 12 |

37. **Rosenquest, Margaret** (deposed June 17, 2013)

| Page | Line | Page | Line |
| --- | --- | --- | --- |
| 18 | 19 | 18 | 24 |
| 23 | 10 | 23 | 13 |
| 35 | 1 | 35 | 5 |
| 35 | 7 | 35 | 7 |
| 35 | 13 | 35 | 14 |
| 50 | 8 | 50 | 19 |
| 50 | 21 | 51 | 6 |
| 52 | 3 | 52 | 6 |
| 52 | 8 | 52 | 9 |

38. **Smith, Robert** (deposed May 8, 2013)

| Page | Line | Page | Line |
| --- | --- | --- | --- |
| 27 | 8 | 27 | 10 |
| 27 | 13 | 27 | 13 |
| 28 | 15 | 28 | 22 |
| 31 | 5 | 31 | 21 |
| 43 | 19 | 43 | 24 |
| 44 | 3 | 44 | 17 |

39. **Taiclet, James** (deposed August 2, 2013)

| Page | Line | Page | Line |
| --- | --- | --- | --- |
| 31 | 17 | 31 | 20 |
| 31 | 22 | 31 | 22 |
| 31 | 25 | 32 | 3 |
| 38 | 1 | 38 | 1 |
| 63 | 14 | 63 | 15 |
| 63 | 17 | 63 | 19 |
| 63 | 22 | 64 | 4 |
| 64 | 8 | 64 | 14 |
| 71 | 1 | 71 | 20 |
| 72 | 1 | 72 | 7 |
| 97 | 7 | 97 | 18 |
| 98 | 4 | 98 | 5 |
| 98 | 9 | 99 | 4 |
| 112 | 18 | 113 | 14 |
| 116 | 8 | 117 | 6 |
| 119 | 4 | 119 | 11 |
| 129 | 18 | 131 | 3 |
| 188 | 5 | 188 | 10 |

| Page | Line | Page | Line |
|------|------|------|------|
| 189 | 3 | 189 | 4 |
| 202 | 24 | 203 | 10 |
| 203 | 14 | 203 | 19 |
| 205 | 23 | 206 | 2 |

40.   **Thiel, Bruce** (deposed January 30, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 67 | 18 | 68 | 1 |
| 68 | 10 | 69 | 4 |
| 72 | 18 | 72 | 22 |
| 79 | 3 | 79 | 5 |
| 79 | 7 | 79 | 10 |
| 79 | 12 | 79 | 19 |
| 79 | 21 | 79 | 22 |
| 80 | 18 | 81 | 16 |
| 83 | 5 | 83 | 11 |

41.   **Thornton, Bonnie** (deposed May 7, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 19 | 15 | 19 | 17 |
| 19 | 20 | 19 | 22 |
| 21 | 16 | 22 | 2 |
| 22 | 5 | 22 | 5 |

42.   **Willock, Karl** (deposed August 15, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 14 | 21 | 15 | 8 |
| 27 | 11 | 27 | 21 |

43.   **York, Denny** (deposed April 18, 2013)

| Page | Line | Page | Line |
|------|------|------|------|
| 20 | 24 | 21 | 5 |
| 26 | 14 | 26 | 17 |
| 26 | 19 | 26 | 19 |
| 36 | 10 | 37 | 5 |
| 40 | 21 | 40 | 22 |
| 40 | 25 | 41 | 7 |
| 46 | 13 | 46 | 25 |

VINSON & ELKINS L.L.P.

_/s/ Matthew R. Stammel_
William D. Sims, Jr.
  Texas Bar No. 18429500
Thomas S. Leatherbury
  Texas Bar No. 12095275
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
Tel: 214.220.7700
Fax: 214.220.7716
bsims@velaw.com
tleatherbury@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
1001 Fannin Street, Suite 2500
Houston, TX  77002
Tel: 713.758.2222
Fax: 713.758.2346
hreasoner@velaw.com
svu@velaw.com

_Attorneys for TriStar Investors, Inc._

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2014, I served a true and accurate copy of the foregoing document on all counsel of record via filing of the same with the Court's CM/ECF system.

_/s/ Kyle D. Young_