## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **TRISTAR INVESTORS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| **AMERICAN TOWER CORPORATION,** | § | |
| **AMERICAN TOWERS LLC, AMERICAN** | § | |
| **TOWERS INC., AMERICAN TOWER** | § | |
| **GUARANTOR SUB, LLC, AMERICAN** | § | |
| **TOWER HOLDING SUB, LLC,** | § | |
| **AMERICAN TOWER ASSET SUB, LLC,** | § | |
| **AMERICAN TOWER ASSET SUB II, LLC,** | § | |
| **AMERICAN TOWER MANAGEMENT,** | § | |
| **LLC, AMERICAN TOWER L.P., and** | § | |
| **SPECTRASITE COMMUNICATIONS, LLC** | § | |
| | § | |
| **Defendants.** | § | |
| ------------------------------------------------------------ | § | **CIVIL ACTION NO. 3:12-CV-499** |
| | § | |
| **AMERICAN TOWER, LLC,** | § | |
| **SPECTRASITE COMMUNICATIONS, LLC** | § | |
| **and AMERICAN TOWERS, LLC** | § | |
| | § | |
| | § | |
| **Counter-Plaintiffs** | § | |
| | § | |
| **TRISTAR INVESTORS, INC., DAVID IVY,** | § | |
| **ED WALLANDER, ROBERT GILES,** | § | |
| **DALE GILARDI, JERRY VOGL,** | § | |
| **JOHN LEMMON, MICHAEL MACKEY,** | § | |
| **AND MATT NEWTON** | § | |
| | § | |
| | § | |
| **Counter-Defendants.** | § | |
| ------------------------------------------------------------ | § | |

## STIPULATION OF DISMISSAL

The parties have reached an agreement to settle this case.  All parties agree to the

stipulations herein.  This Stipulation of Dismissal disposes of all claims against all parties.

STIPULATION OF DISMISSAL – Page 1

Consistent with the parties' agreement and pursuant to Federal Rule of Civil Procedure 41, Plaintiff TriStar Investors, Inc. ("**TriStar**") voluntarily dismisses with prejudice all causes of action in the above referenced case, including all claims against American Tower Corporation, American Towers LLC, American Towers Inc., American Tower Guarantor Sub, LLC, American Tower Holding Sub, LLC, American Tower Asset Sub, LLC, American Tower Asset Sub II, LLC, American Tower Management, LLC, American Tower L.P., and SpectraSite Communications, LLC (collectively, "**American Tower Defendants**").   American Tower Defendants and American Tower, LLC, SpectraSite Communications, LLC, and American Towers, LLC voluntarily dismiss with prejudice all causes of action in the above referenced case against TriStar and David Ivy, Ed Wallander, Robert Giles, Dale Gilardi, Jerry Vogl, John Lemmon, Michael Mackey, and Matt Newton.  The parties further stipulate that costs should be taxed to the party incurring them.

Respectfully submitted,

/s/ *Matthew R. Stammel*

William D. Sims, Jr.
  Texas Bar No. 18429500
Matthew R. Stammel
  Texas Bar No. 24010419
John D. Taurman
  Texas Bar No. 19680400
Kyle D. Young
  Texas Bar No. 24070899
Tyler J. Bexley
  Texas Bar No. 24073923
VINSON & ELKINS L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
Telephone:    214.220.7700
Facsimile:    214.220.7716
bsims@velaw.com
mstammel@velaw.com
jtaurman@velaw.com
kyoung@velaw.com
tbexley@velaw.com

Harry M. Reasoner
  Texas Bar No. 16642000
Stacey Neumann Vu
  Texas Bar No. 24047047
VINSON & ELKINS L.L.P.
1001 Fannin Street, Suite 2500
Houston, TX  77002
Telephone:    713.758.2222
Facsimile:    713.758.2346
hreasoner@velaw.com
svu@velaw.com

*Counsel for Plaintiff and*
  *Counter-Defendants*

/s/ *Andrew P. Fishkin*

Jon G. Shepherd
  Texas Bar No. 00788402
Courtney L. Sauer
Texas Bar No. 24066026
ALSTON & BIRD, LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:    214.922.3400
Facsimile:    214.922.3899
jon.shepherd@alston.com
courtney.sauer@alston.com

Michael L. Nepple
  Missouri Bar No. 42082
THOMPSON COBURN, LLP
One US Bank Plaza
St. Louis, MO  63101
Telephone:    314.552.6149
Facsimile:    314.552.7000
mnepple@thompsoncoburn.com

David M. Rownd
  Illinois Bar No. 6207951
THOMPSON COBURN, LLP
55 E. Monroe Street, 37th Floor
Chicago, IL  60603
Telephone:    312.580.2311
Facsimile:    312.580.2201
drownd@thompsoncoburn.com

Andrew P. Fishkin, Esq.
  New York State Bar No. 2234714
FISHKIN LUCKS LLP
The Legal Center
One Riverfront Plaza, Ste. 220
Newark, NJ 07102
        -and-
227 Broadway, Ste. 408
New York, NY 10007
Telephone:    973.679.4428
Facsimile:    973.679.4435
afishkin@fishkinlucks.com
*Counsel for Defendants and*
  *Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2014, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys who have consented in writing to accept this notice as service of this document by electronic means.

_/s/ Kyle D. Young_

US 2685359v.1